

7022979

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

**July 27, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *626,035* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *May 01, 1956*
*3rd* RENEWAL FOR A TERM OF *10* YEARS FROM *May 01, 2006*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

 *CHANEL, INC.*
 *A NEW YORK CORPORATION*

   By Authority of the
   Under Secretary of Commerce for Intellectual Property
   and Director of the United States Patent and Trademark Office

    P. SWAIN
    Certifying Officer



Int. Cl.: 18

Prior U.S. Cl.: 3

United States Patent and Trademark Office

Reg. No. 626,035
Registered May 1, 1956

10 Year Renewal

Renewal Term Begins May 1, 1996

## TRADEMARK
## PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORA-
TION)
9 WEST 57TH STREET
NEW YORK, NY 10019, BY ASSIGN-
MENT AND ASSIGNMENT FROM
CHANEL, INC. (NEW YORK CORPO-
RATION) NEW YORK, NY

OWNER OF U.S. REG. NOS. 195,360,
513,132 AND OTHERS.
SEC. 2(F).
FOR: WOMEN'S HANDBAGS, IN
CLASS 3 (INT. CL. 18).
FIRST USE 0-0-1938; IN COMMERCE
11-24-1954.

SER. NO. 71-678,436, FILED 12-16-1954.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Aug. 27, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**626,035**
Registered May 1, 1956

## PRINCIPAL REGISTER
### Trademark

Ser. No. 678,436, filed Dec. 16, 1954

# CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York 19, N. Y.

For: WOMEN'S HANDBAGS, in CLASS 3.
First use 1938; in commerce Nov. 24, 1954.
Sec. 2(f).
Owner of Reg. Nos. 513,132, 195,360, and others.



7022984

## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

**August 23, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,314,511* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *January 15, 1985*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *January 15, 2005*
*SECTION 8 PARTIAL & 15*
*LESS GOODS*
CLASS(ES) CANCELLED:
   *INT CL 016*

SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

**L. EDELEN**
**Certifying Officer**

Int. Cls.: 16 and 18

Prior U.S. Cls.: 3 and 37

**United States Patent and Trademark Office**

Reg. No. 1,314,511
Registered Jan. 15, 1985

## TRADEMARK
Principal Register



Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: NOTEBOOKS AND STATIONERY TYPE PORTFOLIOS, in CLASS 16 (U.S. Cl. 37).

First use Sep. 1981; in commerce Sep. 1981.

For: LEATHER GOODS—NAMELY, HAND-BAGS, WALLETS, TRAVEL BAGS, LUGGAGE, CREDIT CARD AND BUSINESS CARD CASES, MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, BRIEFCASE-TYPE PORTFOLIOS, ATTACHE CASES, CHANGE PURSES, SUIT-CASES, TOTE BAGS, GARMENT BAGS AND TRAVELLERS' SHOE BAGS, in CLASS 18 (U.S. Cl. 3).

First use Nov. 24, 1954; in commerce Nov. 24, 1954.

Owner of U.S. Reg. No. 1,075,016.

Ser. No. 356,733, filed Mar. 26, 1982.

FRANCIE R. GOROWITZ, Examining Attorney



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 23, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,347,677* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *July 09, 1985*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *July 09, 2005*
*SECTION 8 PARTIAL & 15*
*LESS GOODS*
CLASS(ES) CANCELLED:
    *INT CL 016*

SAID RECORDS SHOW TITLE TO BE IN:
    *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

**L. EDELEN**
**Certifying Officer**



Int. Cls.: 16 and 18

Prior U.S. Cls.: 3 and 37

Reg. No. 1,347,677

## United States Patent and Trademark Office
Registered July 9, 1985

TRADEMARK
PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 W. 57TH ST.
NEW YORK, NY 10019

FOR: NOTEBOOKS AND STATIONERY
TYPE PORTFOLIOS, IN CLASS 16 (U.S. CL. 37).
FIRST USE 9-0-1981; IN COMMERCE
9-0-1981.
FOR: LEATHER GOODS—NAMELY, HAND-
BAGS/WALLETS, TRAVEL BAGS, LUGGAGE,
BUSINESS AND CREDIT CARD CASES, BRIEF-
CASE TYPE PORTFOLIOS, ATTACHE CASES,
CHANGE PURSES, SUITCASES, TOTE BAGS,

MAKE-UP BAGS AND VANITY CASES SOLD
EMPTY, GARMENT BAGS FOR TRAVEL AND
TRAVELLERS' SHOE BAGS, IN CLASS 18 (U.S.
CL. 3).
FIRST USE 0-0-1938; IN COMMERCE
11-24-1954.
OWNER OF U.S. REG. NO. 626,035.

SER. NO. 356,734, FILED 3-26-1982.

ROBERT PEVERADA, EXAMINING ATTOR-
NEY



7022984

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 23, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,733,051* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10 YEARS FROM* *November 17, 1992*
*1st* RENEWAL FOR A TERM OF *10 YEARS FROM* *November 17, 2002*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
*REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer



Int. Cl.: 18

Prior U.S. Cl.: 3

Reg. No. 1,733,051

## United States Patent and Trademark Office

Registered Nov. 17, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HAND-BAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, CHANGE PURSES, TOTE BAGS, COSMETIC BAGS SOLD EMPTY, AND GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0–0–1954; IN COMMERCE 0–0–1954.

OWNER OF U.S. REG. NOS. 626,035, 1,347,677 AND OTHERS.

SER. NO. 74–242,426, FILED 1–31–1992.

KEITH L. HENDERSON, EXAMINING ATTOR-NEY



**United States Patent and Trademark Office**

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 7 04:04:21 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CC |
| **Goods and Services** | IC 018. US 003. G & S: leather goods; namely, handbags, wallets, travel bags, luggage, business card cases, change purses, tote bags, and cosmetic bags sold empty. FIRST USE: 19540000. FIRST USE IN COMMERCE: 19540000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 74242471 |
| **Filing Date** | January 31, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 1, 1992 |
| **Registration Number** | 1734822 |
| **Registration Date** | November 24, 1992 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 10019 |
| **Attorney of Record** | Veronica L. Hrdy |
| **Prior Registrations** | 1293298;1314511;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Affidavit Text**   SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20020607.
**Renewal**          1ST RENEWAL 20020607
**Live/Dead
Indicator**          LIVE

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 7 04:04:21 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CC |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Handbags. FIRST USE: 20040601. FIRST USE IN COMMERCE: 20040601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.03 - Circles, incomplete (more than semi-circles); Incomplete circles (more than semi-circles)<br>26.01.16 - Circles touching or intersecting<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 76615089 |
| **Filing Date** | October 8, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 20, 2005 |
| **Registration Number** | 3025934 |
| **Registration Date** | December 13, 2005 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 10019 |
| **Attorney of Record** | Veronica L. Hrdy |
| **Prior Registrations** | 0195359;1734822;AND OTHERS |
| **Description of Mark** | This mark is a three-quarter view of the Chanel CC monogram which is comprised of interlocking C's. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 27, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,022,708* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 06, 2005*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



*L. Edelen*

**L. EDELEN**
**Certifying Officer**

Int. Cls.: **6, 9, 18, 25 and 28**

Prior U.S. Cls.: **1, 2, 3, 12, 13, 14, 21, 22, 23, 25, 26, 36, 38, 39, 41 and 50**

Reg. No. 3,022,708

## United States Patent and Trademark Office

Registered Dec. 6, 2005

### TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: KEY CHAINS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

FOR: SKI GOGGLES, SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-1-2004; IN COMMERCE 7-1-2004.

FOR: LUGGAGE, HANDBAGS, TOTES, BACK-PACKS, TRAVEL BAGS, ALL-PURPOSE CARRY-ING BAGS, UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

FOR: BOOTS, COATS, JACKETS, GLOVES, HATS, PANTS, SANDALS, SCARVES, SHIRTS, SHOES, SKI BOOTS, SUN VISORS, SUSPENDERS, SWEAT-BANDS, SWIMWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

FOR: BAGS SPECIALLY ADOPTED FOR SPORTS EQUIPMENT, BASKETBALLS, KITES, SKIS, SKI POLLS, TENNIS RACKETS, TENNIS BALLS, TEN-NIS RACKET COVERS, GOLF CLUBS, GOLF BAGS, SNOW BOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

OWNER OF U.S. REG. NOS. 195,359, 1,734,822 AND OTHERS.

THE MARK IS COMPROMISED OF INTERLOCK-ING C'S SURROUNDED BY A SQUARE

SER. NO. 76-615,088, FILED 10-8-2004.

KIMBERLY PERRY, EXAMINING ATTORNEY



7022984

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

**July 27, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,510,757* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20 YEARS FROM* *November 01, 1988*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
  *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

**L. EDELEN**
**Certifying Officer**



Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,510,757
Registered Nov. 1, 1988

### TRADEMARK
PRINCIPAL REGISTER

### CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: SUN-GLASSES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 9-4-1987; IN COMMERCE 9-4-1987.

OWNER OF U.S. REG. NOS. 612,169, 906,262 AND OTHERS.

SEC. 2(F).

SER. NO. 687,947, FILED 10-29-1987.

FRANK HELLWIG, EXAMINING ATTORNEY



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 28, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,654,252* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.


REGISTERED FOR A TERM OF *10* YEARS FROM   *August 20, 1991*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *August 20, 2001*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*



By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,654,252

# United States Patent and Trademark Office

Registered Aug. 20, 1991

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: SUNGLASSES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 1–0–1990; IN COMMERCE 1–0–1990.

OWNER OF U.S. REG. NOS. 195,359, 1,347,094 AND OTHERS.

SER. NO. 74–097,621, FILED 9–17–1990.

COLLEEN SCHALLOCK, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 28, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,025,936* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 13, 2005*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer



Int. Cls.: 9, 25 and 26

Prior U.S. Cls.: 21, 22, 23, 26, 36, 37, 38, 39, 40, 42 and 50

## United States Patent and Trademark Office

Reg. No. 3,025,936
Registered Dec. 13, 2005

### TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: MOBILE PHONE STRAPS, EYEGLASS FRAMES, SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

FOR: GLOVES, SWIMWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

FOR: HAIR ACCESSORIES NAMELY BARR-ETTES AND PONY-TAIL HOLDERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

OWNER OF U.S. REG. NOS. 195,359, 1,734,822 AND OTHERS.

THE MARK IS COMPROMISED OF INTERLOCK-ING C'S.

SER. NO. 76-615,091, FILED 10-8-2004.

KIMBERLY PERRY, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

**July 28, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *612,169* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *September 13, 1955*
*3rd* RENEWAL FOR A TERM OF *10* YEARS FROM   *September 13, 2005*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
    *CHANEL, INC.*
    *A NY CORP*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*T. Lawrence*

T. LAWRENCE
Certifying Officer



# United States Patent Office

**612,169**
Registered Sept. 13, 1955

## PRINCIPAL REGISTER
### Trademark

Ser. No. 677,202, filed Nov. 24, 1954

# CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York 19, N. Y.

For: NECKLACES, in CLASS 28.
First used 1914, and in commerce in or before 1925.
Sec. 2(f).
Owner of Reg. Nos. 513,132, 195,360, and others.



7022979

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 27, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION 902,190 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *November 10, 1970*
*2nd* RENEWAL FOR A TERM OF *10* YEARS FROM   *November 10, 2000*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*

By Authority of the

**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

**P. SWAIN**
**Certifying Officer**



Int. Cl.: 14

Prior U.S. Cl.: 28

United States Patent and Trademark Office
10 Year Renewal

Reg. No. 902,190
Registered Nov. 10, 1970
Renewal Approved Oct. 15, 1990

TRADEMARK
PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORA-
TION)
9 W. 57TH ST.
NEW YORK, NY 10019

OWNER OF U.S. REG. NO. 612,169.

FOR: BRACELETS, PINS, AND EAR-
RINGS , IN CLASS 28 (INT. CL. 14).
FIRST USE 0-0-1914; IN COMMERCE
0-0-1925.

SER. NO. 72-339,492, FILED 5-28-1969.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Nov. 27, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

902,190
Registered Nov. 10, 1970

## PRINCIPAL REGISTER
## Trademark

Ser. No. 339,492, filed May 28, 1969

## CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York, N.Y.  10019

For: BRACELETS, PINS, AND EARRINGS, in
CLASS 28 (INT. CL. 14).
First use in 1914; in commerce in or before 1925.
Owner of Reg. No. 612,169.



7022979

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

July 27, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *955,074* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *March 13, 1973*
*2nd* RENEWAL FOR A TERM OF *10* YEARS FROM  *March 13, 2003*
SECTION 8
SAID RECORDS SHOW TITLE TO BE IN:
  *CHANEL, INC.*
  *A NEW YORK CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*W. Montgomery*
W. MONTGOMERY
Certifying Officer

Int. Cl.: 14

Prior U.S. Cl.: 27

Reg. No. 955,074

**United States Patent and Trademark Office**

Registered Mar. 13, 1973

10 Year Renewal

Renewal Term Begins Mar. 13, 1993

**TRADEMARK**
**PRINCIPAL REGISTER**

## CHANEL

CHANEL, INC. (NEW YORK CORPORA-
TION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: WATCHES, IN CLASS 27 (INT.
CL. 14).

FIRST USE 11-2-1971; IN COMMERCE
12-22-1971.

OWNER OF U.S. REG. NOS. 612,169,
902,190 AND OTHERS.

SER. NO. 72-414,550, FILED 2-4-1972.

*In testimony whereof I have hereunto set my hand*
*and caused the seal of The Patent and Trademark*
*Office to be affixed on June 15, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

955,074
Registered Mar. 13, 1973

## PRINCIPAL REGISTER
Trademark

Ser. No. 414,550, filed Feb. 4, 1972

# CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York, N.Y.   10019

For: WATCHES, in CLASS 27 (INT. CL. 14).
First use Nov. 2, 1971; in commerce Dec. 22, 1971.
Owner of Reg. Nos. 612,169, 902,190, and others.



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 23, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,571,787 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM  December 19, 1989
1st RENEWAL FOR A TERM OF 10 YEARS FROM  December 19, 1999
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
    REGISTRANT

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

L. Edelen

L. EDELEN
Certifying Officer



Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**

Reg. No. 1,571,787
Registered Dec. 19, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: WATCHES AND CLOCKS, IN CLASS 14
(U.S. CL. 28).
FIRST USE 10-0-1987; IN COMMERCE
10-0-1987.

OWNER OF U.S. REG. NOS. 195,360, 955,074
AND OTHERS.

SER. NO. 73-792,254, FILED 4-10-1989.

JERI J. FICKES, EXAMINING ATTORNEY



7022984

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

**July 28, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,501,898* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.


REGISTERED FOR A TERM OF *20 YEARS FROM  August 30, 1988*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*


By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



E. BORNETT
Certifying Officer

Int. Cls.: 6, 14, 16, 25 and 26

Prior U.S. Cls.: 13, 28, 37, 39 and 40

Reg. No. 1,501,898

# United States Patent and Trademark Office

Registered Aug. 30, 1988

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: KEYCHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
FOR: COSTUME JEWELRY, IN CLASS 14 (U.S. CL. 28).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
FOR: GIFT WRAPPING PAPER , IN CLASS 16 (U.S. CL. 37).
FIRST USE 8-0-1986; IN COMMERCE 8-0-1986.

FOR: BLOUSES, SHOES, BELTS, SCARVES, JACKETS, MEN'S TIES, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
FOR: BROOCHES, BUTTONS FOR CLOTH-ING, IN CLASS 26 (U.S. CL. 40).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
OWNER OF U.S. REG. NOS. 195,359, 1,347,094 AND OTHERS.

SER. NO. 644,065, FILED 2-9-1987.

JANE MCCABE, EXAMINING ATTORNEY