LAW OFFICES

## STEPHEN M. GAFFIGAN, P.A.

312 Southeast 17th Street
Second Floor
Ft. Lauderdale, Florida 33316
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

December 30, 2005

**Via Hand Delivery**

Linda Allen
d/b/a EuropeanBeautyFashions.com,
d/b/a UltimateDesignersHandbags.com
342 Cold Spring Road
Syosset, New York 11791

                           Re:    **Chanel, Inc. v. Linda Allen**

Dear Ms. Allen:

      This firm represents Chanel, Inc. ("Chanel"), which is the owner of all rights in and to the following trademarks:

| Mark | Reg. No. | Reg. Date |
|---|---|---|
| CC MONOGRAM | 1,734,822 | November 24, 1992 |
| CC MONOGRAM | 1,314,511 | January 5, 1985 |
| CC MONOGRAM | 3,022,708 | December 6, 2005 |
| CC MONOGRAM | 3,025,934 | December 13, 2005 |
| CC MONOGRAM | 1,501,898 | August 30, 1988 |
| CHANEL | 0,626,035 | May 1, 1956 |
| CHANEL | 1,347,677 | July 9, 1985 |
| CHANEL | 1,733,051 | November 17, 1992 |
| CHANEL | 1,571,787 | December 19, 1989 |
| CHANEL | 0,955,074 | March 13, 1973 |
| CHANEL | 0,902,190 | November 10, 1970 |

(collectively, the "Chanel Marks"). Chanel has expended a great deal of effort, time, and money developing and promoting the Chanel Marks which have come to symbolize high quality products including, but not limited to handbags, wallets, travel bags, luggage, credit card and

Linda Allen
December 30, 2005
Page 2

business card cases, change purses, tote bags, cosmetic bags, vanity cases sold empty, briefcase type portfolios, attache cases, jewelry, and watches.

Recently, it has come to our client's attention that you have been offering products bearing counterfeit Chanel Marks through at least the online operations known as "europeanbeautyfashions.com" and "ultimatedesignershandbags.com."

On behalf of Chanel, we demand the following:

1. That you immediately cease and desist any and all further sales of any products bearing the Chanel Marks;

2. That you immediately and voluntarily surrender for destruction, or other disposition, all products and/or packaging in your possession, custody, or control bearing the Chanel Marks, as well as all advertising and promotional material relating thereto;

3. That you provide an accounting of the number of products bearing the Chanel Marks which you have sold, the price charged per item, and copies of all invoices, purchase orders, and shipping documents relating thereto; and any other documents in your possession relating to your sale of products bearing the Chanel Marks;

4. Your written confirmation that any and all ordering of, sale and distribution of products bearing the Chanel Marks has been discontinued and will not resume at any time in the future; and

5. A list of all suppliers and customers of the products bearing the Chanel Marks offered for sale by you.

We demand all information requested above be provided to us within one week from the date this correspondence is delivered to you. We also request you countersign this correspondence where indicated to reflect your promise to cease and desist all further use of the Chanel Marks. Once we receive all of the requested information, we will be in a position to discuss an amicable settlement of this matter with you.

Failure to respond to this correspondence in the time frame outlined above will result in the attached Complaint for Damages and Injunctive Relief being filed against you in the United States District Court, Eastern District of New York, at which time Chanel will pursue every remedy available to it under the law.

Linda Allen
December 30, 2005
Page 3

      Nothing in this letter shall be construed as a waiver or relinquishment of any rights or remedies of Chanel.

Very truly yours,

STEPHEN M. GAFFIGAN, P.A.

By: _____
Stephen M. Gaffigan

DMP/me
Enc.

**AGREED TO AND ACCEPTED BY:** LINDA ALLEN, d/b/a
EUROPEANBEAUTYFASHIONS.COM, d/b/a ULTIMATEDESIGNERSHANDBAGS.COM

_____      Dated: _____
Linda Allen

LAW OFFICES OF STEPHEN M. GAFFIGAN, P.A. • 312 SOUTHEAST 17TH STREET, SECOND FLOOR, FT. LAUDERDALE, FLORIDA 33316. TEL (954) 767-4819