GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM-2058)
665 Fifth Avenue
New York, New York 10022
(212) 688-5151
(212) 688-8315 – fax

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
(954) 767-4819
(954) 767-4821 - fax

Attorneys for Plaintiff



JUN 0 7 2007



07 CV 4858

JUDGE BUCHWALD

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., a New York Corporation,<br><br>Plaintiff,<br><br>-against-<br><br>LINDA ALLEN a/k/a LINDA ROONEY a/k/a COURTNEY ALLEN d/b/a EUROPEANBEAUTYFASHIONS.COM d/b/a EUROPEAN BEAUTY FASHIONS d/b/a MYCLASSYFASHION.COM d/b/a MY CLASSY FASHION d/b/a ULTIMATEDESIGNERSHANDBAGS.COM d/b/a ULTIMATE DESIGNER HANDBAGS and DOES 1-10,<br><br>Defendants. | **FED. R. CIV. P. 7.1**<br>**DISCLOSURE STATEMENT**<br><br>CASE NO. |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for plaintiffs CHANEL, INC., a private (non-governmental) party, certifies that the following are corporate parents,

- 1 -

subsidiaries, and/or affiliates of said party which are publicly held:

None.

Dated: New York, New York
       June 7, 2007

Respectfully submitted,

GIBNEY, ANTHONY & FLAHERTY, LLP

By: *[signature]*
John Macaluso (JM-2058)
Attorneys for Plaintiff
665 Fifth Avenue
New York, New York 10022
(212) 688-5151
(212) 688-8315 – fax

*Of Counsel:*
**STEPHEN M. GAFFIGAN, P.A.**
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
(954) 767-4819
(954) 767-4821 - fax