AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# JUDGE BUCHWALD United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

CHANEL, INC. a New York Corporation,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

LINDA ALLEN, et al.

# 07 CV 4858

TO: (Name and address of defendant)

Linda Allen a/k/a Linda Rooney a/k/a Courtney Allen
342 Cold Spring Road
Syosset, New York 11791

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
(212) 688-5151

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 7 2007

CLERK

DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
CHANEL, INC., A NEW YORK CORPORATION
vs.
Defendant
LINDA ALLEN AKA LINDA ROONEY AKA COURTNEY ALLEN,
DBA EUROPEAN BEAUTY FASHIONS DBA
EUROPEANBEAUTYFASHIONS.COM DBA MY CLASSY
FASHION DBA MYCLASSYFASHION.COM DBA
ULTIMATEDESIGNERSHANDBAGS.COM DBA ULTIMATE
DESIGNERS HANDBAGS, ET AL.,

Case No.:  07 CV 4858
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on _____
I, JOHN SAVAGE, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jun 27 2007 8:10AM, I executed service of SUMMONS AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; EXHIBITS; CIVIL COVER SHEET; DISCLOSURE STATEMENT on LINDA ALLEN at 342 COLD SPRING Road, SYOSSET, Nassau County, NY 11791

By Personal Service to: LINDA ALLEN, NAMED DEFENDANT, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 140-160 lbs with blonde hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____          Execute on Jun 28, 2007
JOHN SAVAGE, SUFFOLK, NY


State of New York County of  SUFFOLK
Subscribed and sworn to before me, a notary public on Jun 28, 2007

_____
Notary Public

ID: 4825559
Client Reference:

**SUSAN CORTINA**
Notary Public, State of New York
Qualified in Suffolk County
No. 01CO6047509
Commission Expires September 5, 2010

PFI Order No. 4825559