LA_Rule7_1_Statement.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CHANEL, INC., a New York corporation,  :   ECF CASE
                                       :
                    Plaintiff,         :   07 CV 4858 (NRB)
                                       :
       -against-                       :
                                       :
LINDA ALLAN, et al.,                   :   RULE 7.1 STATEMENT
                                       :
                    Defendants.        :
                                       :
------------------------------------------------------------------x

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant, **Linda Allan** (sued herein as "Linda Allen a/k/a Linda Rooney a/k/a Courtney Allen, d/b/a European Beauty Fashions d/b/a EuropeanBeautyFashions.com d/b/a MyClassyFashion d/b/a MyClassyFashion.com d/b/a UltimateDesignersHandbags.com d/b/a Ultimate Designer Handbags") (an individual) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **NONE**.

Dated:   New York, New York
         July 12, 2007

                                            _____
                                            Carl E. Person  (CP 7637)
                                            Attorney for Defendant, Linda Allan (sued herein
                                                as "Linda Allen a/k/a Linda Rooney a/k/a Courtney
                                                Allen, d/b/a European Beauty Fashions d/b/a
                                                EuropeanBeautyFashions.com d/b/a
                                                MyClassyFashion d/b/a MyClassyFashion.com d/b/a
                                                UltimateDesignersHandbags.com d/b/a Ultimate
                                                Designer Handbags")
                                            325 W. 45th Street - Suite 201
                                            New York, New York 10036-3803
                                            (212) 307-4444