LA_Notice_of_Appearance_Linda_Allan.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHANEL, INC., a New York corporation,

                Plaintiff,

   -against-

LINDA ALLAN, et al.,

                Defendants.
------------------------------------------------------------x

ECF CASE

07 CV 4858 (NRB)

NOTICE OF APPEARANCE
FOR DEFENDANT
LINDA ALLAN

Please take notice that the undersigned counsel, Carl E. Person, is appearing as counsel on behalf of the Defendant, **Linda Allan** (sued herein as "Linda Allen a/k/a Linda Rooney a/k/a Courtney Allen, d/b/a European Beauty Fashions d/b/a EuropeanBeautyFashions.com d/b/a MyClassyFashion d/b/a MyClassyFashion.com d/b/a UltimateDesignersHandbags.com d/b/a Ultimate Designer Handbags").

Dated:   New York, New York
           July 12, 2007

*/s/ Carl E. Person*

Carl E. Person (CP 7637)
**Attorney for Defendant, Linda Allan** (sued herein
   as "Linda Allen a/k/a Linda Rooney a/k/a Courtney
   Allen, d/b/a European Beauty Fashions d/b/a
   EuropeanBeautyFashions.com d/b/a
   MyClassyFashion d/b/a MyClassyFashion.com d/b/a
   UltimateDesignersHandbags.com d/b/a Ultimate
   Designer Handbags")
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444