GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: jmacaluso@gibney.com

OF COUNSEL:
Stephen M. Gaffigan
STEPHEN GAFFIGAN, P.A.
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954)767-4821
E-mail: stephen@smgpa.net

Attorneys for Plaintiff
CHANEL, INC.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., a New York corporation, ) ) ) Plaintiff, ) ) v. ) ) LINDA ALLEN a/k/a LINDA ROONEY a/k/a ) COURTNEY ALLEN, d/b/a EUROPEAN ) BEAUTY FASHIONS d/b/a ) EUROPEANBEAUTYFASHIONS.COM d/b/a ) MY CLASSY FASHION d/b/a ) MYCLASSYFASHION.COM d/b/a ) ULTIMATEDESIGNERSHANDBAGS.COM ) d/b/a ULTIMATE DESIGNER HANDBAGS ) and DOES 1-10, ) ) ) ) Defendants ) | CASE NO. 07 CV 4858 (NRB) **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

TO: Opposing Counsel

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court before the Honorable Judge Buchwald at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Stephen Gaffigan, P.A. and a member in good standing of the Bar of the State of Florida, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: August 28, 2007

                                                Respectfully submitted,

                                                GIBNEY, ANTHONY & FLAHERTY LLP

                                                By: _____
                                                John Macaluso (JM-2085)
                                                Attorneys for Plaintiff
                                                665 Fifth Avenue
                                                New York, New York 10022
                                                (212) 688-5151
                                                (212) 688-8315-fax

GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: jmacaluso@gibney.com

OF COUNSEL:
Stephen M. Gaffigan
STEPHEN GAFFIGAN, P.A.
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954)767-4821
E-mail: stephen@smgpa.net

Attorneys for Plaintiff
CHANEL, INC.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., <br> a New York corporation, <br><br>         Plaintiff, <br><br> v. <br><br> LINDA ALLEN a/k/a LINDA ROONEY a/k/a COURTNEY ALLEN, d/b/a EUROPEAN BEAUTY FASHIONS d/b/a EUROPEANBEAUTYFASHIONS.COM d/b/a MY CLASSY FASHION d/b/a MYCLASSYFASHION.COM d/b/a ULTIMATEDESIGNERSHANDBAGS.COM d/b/a ULTIMATE DESIGNER HANDBAGS and DOES 1-10, <br><br>         Defendants | CASE NO. 07 CV 4858 (NRB) <br><br> **AFFIDAVIT OF STEPHEN M. GAFFIGAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of Florida    )
                           ) ss:
County of Broward )

STEPHEN M. GAFFIGAN, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of STEPHEN GAFFIGAN, P.A.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Dated: August 20th, 2007

Respectfully submitted,

_Stephen M. Gaffigan_
Stephen M. Gaffigan
STEPHEN GAFFIGAN, P.A.
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
Email: Stephen@smgpa.net

Sworn to before me this
20th day of August 2007

Notary Public

DIANA CECIL PAYNE
MY COMMISSION # DD504719
EXPIRES: Jan. 8, 2010
(407) 398-0153    Florida Notary Service.com



# The Florida Bar

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

In Re:  25844
Stephen Michael Gaffigan
Stephen M. Gaffigan, P.A.
312 S.E. 17th Street, Floor 2
Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 2, 1994.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 23rd day of August, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lvth21/R10

GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: jmacaluso@gibney.com

OF COUNSEL:
Stephen M. Gaffigan
STEPHEN GAFFIGAN, P.A.
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954)767-4821
E-mail: stephen@smgpa.net

Attorneys for Plaintiff
CHANEL, INC.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC.,<br>a New York corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>LINDA ALLEN a/k/a LINDA ROONEY a/k/a<br>COURTNEY ALLEN, d/b/a EUROPEAN<br>BEAUTY FASHIONS d/b/a<br>EUROPEANBEAUTYFASHIONS.COM d/b/a<br>MY CLASSY FASHION d/b/a<br>MYCLASSYFASHION.COM d/b/a<br>ULTIMATEDESIGNERSHANDBAGS.COM<br>d/b/a ULTIMATE DESIGNER HANDBAGS<br>and DOES 1-10,<br><br>          Defendants | CASE NO. 07 CV 4858 (NRB)<br><br>**ORDER FOR ADMISSION TO**<br>**PRACTICE PRO HAC VICE** |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney **Stephen M. Gaffigan** is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: August _____, 2007

---------------------------------------
United States District Judge

## CERTIFICATE OF SERVICE

<u>Re: Chanel, Inc. v. Linda Allen *et al*. 07 CV 4858 (NRB)</u>

Tina Ferraioli, under the penalty of perjury, states as follows:

I am over 18 years of age, not a party to the within action, and work in New York, New York.

On August 28, 2007, I served a copy of the Notice of Motion to Admit Counsel Pro Hac Vice, Affidavit of Stephen M. Gaffigan in Support of Motion to Admit Counsel Pro Hac Vice, Certificate of Good Standing for Stephen M. Gaffigan and Order For Admission to Practice Pro Hac Vice in the above-referenced action upon Carl E. Person, attorney for the defendant, by mailing a true copy of the same in a postage prepaid envelope and depositing the same in a post office or official depository of the United States Postal service within the State of New York to the last known address of Carl E. Person.

TO:   Carl E. Person
      325 W. 45th Street
      Suite 201
      New York, NY 10036

*/s/ Tina Ferraioli*
Tina Ferraioli