GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: jmacaluso@gibney.com

OF COUNSEL:
Stephen M. Gaffigan
STEPHEN GAFFIGAN, P.A.
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954)767-4821
E-mail: stephen@smgpa.net

Attorneys for Plaintiff
CHANEL, INC.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC.,<br>a New York corporation,<br><br>        Plaintiff,<br><br>v.<br><br>LINDA ALLEN a/k/a LINDA ROONEY a/k/a COURTNEY ALLEN, d/b/a EUROPEAN BEAUTY FASHIONS d/b/a EUROPEANBEAUTYFASHIONS.COM d/b/a MY CLASSY FASHION d/b/a MYCLASSYFASHION.COM d/b/a ULTIMATEDESIGNERSHANDBAGS.COM d/b/a ULTIMATE DESIGNER HANDBAGS and DOES 1-10,<br><br>        Defendants | CASE NO. 07 CV 4858 (NRB)<br><br>**AFFIDAVIT OF<br>JOHN MACALUSO<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>STEPHEN M. GAFFIGAN**<br><br>**PRO HAC VICE** |

State of New York    )
                     )   ss:
County of New York )

JOHN MACALUSO, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Gibney, Anthony & Flaherty, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Stephen M. Gaffigan as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Stephen Gaffigan more than five years.

4. Mr. Gaffigan is a member in Good Standing of the Florida Bar and is currently in private practice in Ft. Lauderdale, Florida.

5. I have found Mr. Gaffigan to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Stephen M. Gaffigan, pro hac vice.

7. I respectfully submitted a proposed order granting the admission of Stephen M. Gaffigan, pro hac vice, to the Court on August 25, 2007.

WHEREFORE it is respectfully requested that the motion to admit Stephen M. Gaffigan, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: September 7, 2007

Respectfully submitted,

*/s/ John Macaluso*
John Macaluso (JM 2058)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, NY 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: jmacaluso@gibney.com

Sworn to before me this
Seventh day of September, 2007

*/s/ Bamawatti Lall*
Notary Public

BAMAWATTI LALL
Notary Public, State of New York
No. 01LA6034961
Qualified in Queens County
Commission Expires December 20, 20 09