GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM-2058)
665 Fifth Avenue
New York, New York 10022
(212) 688-5151
(212) 688-8315 – fax

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
(954) 767-4819
(954) 767-4821 - fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANEL, INC., a New York Corporation,

                Plaintiff,

-against-

LINDA ALLEN a/k/a LINDA ROONEY a/k/a
COURTNEY ALLEN d/b/a
EUROPEANBEAUTYFASHIONS.COM d/b/a
EUROPEAN BEAUTY FASHIONS d/b/a
MYCLASSYFASHION.COM d/b/a
MY CLASSY FASHION d/b/a
ULTIMATEDESIGNERSHANDBAGS.COM
d/b/a ULTIMATE DESIGNER HANDBAGS
and DOES 1-10,

                Defendants.

CASE NO. 07 CV 4858 (NRB)

JOINT STATUS REPORT PURSUANT
TO THE COURT'S
SEPTEMBER 5, 2007 ORDER

Pursuant to Your Honor's instructions at the September 5, 2007 Initial Conference, the parties hereby submit the following status report:

The parties have been unable to resolve this matter. Defendant's counsel only today provided Plaintiff's counsel with copies of Defendants' sales records and supporting

documentation. Based upon cursory review, the information provided by Defendants differs from that which Plaintiff already possesses.

Plaintiff now plans to commence formal discovery.

Defendant's position, to which Plaintiff does not agree, is that there is less than $2,000 of sales involved from 2005 through March, 2007 and that discovery should be quick followed by a trial on damages.

DATED: OCTOBER 5, 2007

Respectfully submitted,

GIBNEY, ANTHONY & FLAHERTY, LLP

By: _John Macaluso_
John Macaluso
665 Fifth Avenue
New York, NY 10022
(212) 688-5151
(212) 688-8315 – fax
Counsel for Plaintiff
Chanel, Inc.

DATED: October 5, 2007

By: _Carl E. Person_
Carl E. Person
325 W. 45th Street- Suite 201
New York, New York 10036
(212) 307-4444
(212) 307-0247 – fax
Counsel for Defendant
Linda Allen