**GIBNEY, ANTHONY & FLAHERTY, LLP**
John Macaluso (JM-2058)
665 Fifth Avenue
New York, New York 10022
(212) 688-5151
(212) 688-8315 – fax

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
(954) 767-4819
(954) 767-4821 - fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANEL, INC., a New York Corporation,

    Plaintiff,

-against-

LINDA ALLEN a/k/a LINDA ROONEY a/k/a
COURTNEY ALLEN d/b/a
EUROPEANBEAUTYFASHIONS.COM d/b/a
EUROPEAN BEAUTY FASHIONS d/b/a
MYCLASSYFASHION.COM d/b/a
MY CLASSY FASHION d/b/a
ULTIMATEDESIGNERSHANDBAGS.COM
d/b/a ULTIMATE DESIGNER HANDBAGS
and DOES 1-10,

    Defendants.

CASE NO. 07 CV 4858 (NRB)

**CASE MANAGEMENT PLAN AND
SCHEDULING ORDER**

  After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

  1. No **additional parties** may be joined after January 28, 2008.

2. No **amendment** to the pleadings will be permitted after **January 28, 2008**.

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **April 21, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulated that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive motions** are to be served by **May 5, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision of the motion. The final pretrial conference shall be adjourned to be date four (4) weeks from the decision on the motion.

5. A final **pretrial conference** will be held on **June 23, 2008 at 9:30 a.m.**

6. The **Joint Pretrial Order** shall be filed no later than **May 26, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** on 48 hours notice on or after **August 4, 2008**. The estimated trial time is five days, and this is a jury trial.

9. The **Next Case Management Conference** will be held on _____ at 9:30 a.m.

Dated: October ____, 2007
New York, New York

SO ORDERED:

_____
United States District Judge

DATED: _OCT. 23_____, 2007    By: _/s/ John Macaluso_____
John Macaluso
665 Fifth Avenue
New York, NY 10022
(212) 688-5151
(212) 688-8315 – fax
Counsel for Plaintiff
Chanel, Inc.

DATED: _Oct. 23,_____, 2007    By: _/s/ Carl E. Person_____
Carl E. Person
325 W. 45th Street- Suite 201
New York, New York 10036
(212) 307-4444
(212) 307-0247 – fax
Counsel for Defendant
Linda Allen