**GIBNEY, ANTHONY & FLAHERTY, LLP**
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
(212) 688-5151
(212) 688-8315 – fax

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
(954) 767-4819
(954) 767-4821 - fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., a New York Corporation, | |
| Plaintiff, | CASE NO. 07 CV 4858 (NRB) |
| -against- | |
| LINDA ALLEN a/k/a LINDA ROONEY a/k/a COURTNEY ALLEN d/b/a EUROPEANBEAUTYFASHIONS.COM d/b/a EUROPEAN BEAUTY FASHIONS d/b/a MYCLASSYFASHION.COM d/b/a MY CLASSY FASHION d/b/a ULTIMATEDESIGNERSHANDBAGS.COM d/b/a ULTIMATE DESIGNER HANDBAGS and DOES 1-10, | SECOND JOINT STATUS REPORT |
| Defendants. | |

Pursuant to this Court's instruction, the parties hereby submit the following second status report:

The parties have not resolved this matter. However, the Defendant has produced some records and Chanel has provided the Defendant with a written settlement proposal and draft

Settlement Agreement in order to attempt to fully resolve this matter. The Defendant has agreed to respond to Chanel's settlement offer within seven (7) days.

Plaintiff has commenced formal discovery in this matter, and is awaiting the Defendant's responses to same. If the parties have not reached an amicable settlement within the next seven (7) days, Chanel intends to file a Motion for Summary Judgment.

Respectfully submitted,

DATED: JAN. 9, 2008

GIBNEY, ANTHONY & FLAHERTY, LLP

By: _____
John Macaluso (JM 2058)
665 Fifth Avenue
New York, NY 10022
(212) 688-5151
(212) 688-8315 – fax
Counsel for Plaintiff
Chanel, Inc.

DATED: JAN. 9, 2008

By: _____
Carl E. Person (CP 7637)
325 W. 45th Street- Suite 201
New York, New York 10036
(212) 307-4444
(212) 307-0247 – fax
Counsel for Defendant
Linda Allen