Composite Exhibit "1"

# United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

**TESS HOME**  **NEW USER**  **STRUCTURED**  **FREE FORM**  **BROWSE DICT**  **SEARCH OG**  **BOTTOM**  **HELP**  **PREV LIST**

**CURR LIST**  **NEXT LIST**  **FIRST DOC**  **PREV DOC**  **NEXT DOC**  **LAST DOC**

Please logout when you are done to release system resources allocated for you.

List At:            OR          to record:          **Record 5 out of 5**

**TARR Status**  **ASSIGN Status**  **TDR**  **TTAB Status**  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | IC 018. US 003. G & S: WOMEN'S HANDBAGS. FIRST USE: 19380000. FIRST USE IN COMMERCE: 19541124 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 71678436 |
| **Filing Date** | December 16, 1954 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0626035 |
| **Registration Date** | May 1, 1956 |
| **Owner** | (REGISTRANT) CHANEL, INC. CORPORATION NEW YORK 1 W. 57TH ST. NEW YORK NEW YORK |
| | (LAST LISTED OWNER) CHANEL, INC. CORPORATION ASSIGNEE OF NEW YORK 9 WEST 57TH STREET NEW YORK NEW YORK 10019 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ADRIENNE HAHN |

**1**

**Prior Registrations**    0195360;0513132;AND OTHERS

**Type of Mark**    TRADEMARK

**Register**    PRINCIPAL-2(F)

**Affidavit Text**    SECT 15. SECTION 8(10-YR) 20060719.

**Renewal**    3RD RENEWAL 20060719

**Live/Dead Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX| SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

**2**



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At:          OR          to record:          **Record 5 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | CC |
| **Goods and Services** | (CANCELLED) IC 016. US 037. G & S: [ Notebooks and Stationery-Type Portfolios ]. FIRST USE: 19810900. FIRST USE IN COMMERCE: 19810900 |
| | IC 018. US 003. G & S: Leather Goods-Namely, Handbags, [ Wallets, Travel Bags, Luggage, Credit Card and Business Card Cases, Make-Up Bags and Vanity Cases Sold Empty, Briefcase-Type Portfolios; Attache Cases, Change Purses, Suitcases, Tote Bags, Garment Bags and Travellers' Shoe Bags ]. FIRST USE: 19541124. FIRST USE IN COMMERCE: 19541124 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73356733 |
| **Filing Date** | March 26, 1982 |
| **Current Filing Basis** | 1A |

**3**

| | |
|---|---|
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 6, 1984 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **1314511** |
| **Registration Date** | January 15, 1985 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 10019 |
| **Attorney of Record** | VERONICA L. HRDY |
| **Prior Registrations** | 1075016 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. PARTIAL SECT 8 (6-YR). SECTION 8(10-YR) 20050225. |
| **Renewal** | 1ST RENEWAL 20050225 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**4**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At:          OR          to record:          **Record 4 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | (CANCELLED) IC 016. US 037. G & S: [ Notebooks and Stationery Type Portfolios ]. FIRST USE: 19810900. FIRST USE IN COMMERCE: 19810900 |
| | IC 018. US 003. G & S: Leather Goods-Namely, Handbags [ , Wallets, Travel Bags, Luggage, Business and Credit Card Cases, Brief Case Type Portfolios, Attache Cases, Change Purses, Suitcases, Tote Bags, Make-Up Bags and Vanity Cases Sold Empty, Garment Bags for Travel and Travellers' Shoe Bags ]. FIRST USE: 19380000. FIRST USE IN COMMERCE: 19541124 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73356734 |
| **Filing Date** | March 26, 1982 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 30, 1985 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1347677 |

**5**

| | |
|---|---|
| **Registration Date** | July 9, 1985 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 W. 57th St. New York NEW YORK 10019 |
| **Prior Registrations** | **0626035** |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. PARTIAL SECT 8 (6-YR). SECTION 8(10-YR) 20050930. |
| **Renewal** | 1ST RENEWAL 20050930 |
| **Live/Dead Indicator** | LIVE |



| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**6**

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At:          OR          to record:          **Record 1 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | IC 018. US 003. G & S: leather goods; namely, handbags, wallets, travel bags, luggage, business and credit card cases, change purses, tote bags, cosmetic bags sold empty, and garment bags for travel. FIRST USE: 19540000. FIRST USE IN COMMERCE: 19540000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74242426 |
| **Filing Date** | January 31, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 25, 1992 |
| **Registration Number** | 1733051 |
| **Registration Date** | November 17, 1992 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 100192790 |
| **Attorney of Record** | Veronica L. Hrdy |
| **Prior Registrations** | **0626035**;1347677;AND OTHERS |

**7**

**Type of Mark**            TRADEMARK

**Register**                PRINCIPAL

**Affidavit Text**          SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20020607.

**Renewal**                 1ST RENEWAL 20020607

**Live/Dead Indicator**     LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

**8**

# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At:     OR     to record:     **Record 1 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | CC |
| **Goods and Services** | IC 018. US 003. G & S: leather goods; namely, handbags, wallets, travel bags, luggage, business card cases, change purses, tote bags, and cosmetic bags sold empty. FIRST USE: 19540000. FIRST USE IN COMMERCE: 19540000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 74242471 |
| **Filing Date** | January 31, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 1, 1992 |
| **Registration Number** | 1734822 |
| **Registration Date** | November 24, 1992 |

**9**

| | |
|---|---|
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 10019 |
| **Attorney of Record** | Veronica L. Hrdy |
| **Prior Registrations** | 1293298;**1314511**;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20020607. |
| **Renewal** | 1ST RENEWAL 20020607 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST

CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**10**

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CC |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Handbags. FIRST USE: 20040601. FIRST USE IN COMMERCE: 20040601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.03 - Circles, incomplete (more than semi-circles); Incomplete circles (more than semi-circles)<br>26.01.16 - Circles touching or intersecting<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 76615089 |
| **Filing Date** | October 8, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 20, 2005 |
| **Registration Number** | **3025934** |
| **Registration Date** | December 13, 2005 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 10019 |

**11**

| | |
|---|---|
| **Attorney of Record** | Veronica L. Hrdy |
| **Prior Registrations** | 0195359;1734822;AND OTHERS |
| **Description of Mark** | This mark is a three-quarter view of the Chanel CC monogram which is comprised of interlocking C's. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

**12**



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CC |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: Key Chains. FIRST USE: 20040901. FIRST USE IN COMMERCE: 20040901 |
| | IC 009. US 021 023 026 036 038. G & S: Ski Goggles, sunglasses. FIRST USE: 20040701. FIRST USE IN COMMERCE: 20040701 |
| | IC 018. US 001 002 003 022 041. G & S: Luggage, handbags, totes, backpacks, travel bags, all-purpose carrying bags, umbrellas. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| | IC 025. US 022 039. G & S: Boots, coats, jackets, gloves, hats, pants, sandals, scarves, shirts, shoes, ski boots, sun visors, suspenders, sweatbands, swimwear. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| | IC 028. US 022 023 038 050. G & S: Bags specially adopted for sports equipment, basketballs, kites, skis, ski polls, tennis rackets, tennis balls, tennis racket covers, golf clubs, golf bags, snow boards. FIRST USE: 20030701. FIRST USE IN COMMERCE: |

**13**

| | |
|---|---|
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.09.01 - Squares as carriers or squares as single or multiple line borders |
| **Serial Number** | 76615088 |
| **Filing Date** | October 8, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 13, 2005 |
| **Registration Number** | 3022708 |
| **Registration Date** | December 6, 2005 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 10019 |
| **Attorney of Record** | Veronica L. Hrdy |
| **Prior Registrations** | 0195359;1734822;AND OTHERS |
| **Description of Mark** | The mark is compromised of interlocking C's surrounded by a square |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**14**

## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At:     OR     to record:     **Record 2 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | IC 009. US 026. G & S: SUN-GLASSES. FIRST USE: 19870904. FIRST USE IN COMMERCE: 19870904 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73687947 |
| **Filing Date** | October 29, 1987 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 9, 1988 |
| **Registration Number** | 1510757 |
| **Registration Date** | November 1, 1988 |
| **Owner** | (REGISTRANT) CHANEL, INC. CORPORATION NEW YORK CHANEL LEGAL DEPARTMENT 9 WEST 57TH STREET NEW YORK NEW YORK 100192790 |
| **Attorney of Record** | VERONICA L. HRDY |
| **Prior Registrations** | 0612169;0619522;0626035;0902190;0906262;AND OTHERS |
| **Type of Mark** | TRADEMARK |

**15**

**Register**               PRINCIPAL-2(F)

**Affidavit Text**         SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080303.

**Renewal**                1ST RENEWAL 20080303

**Live/Dead Indicator**    LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

**16**



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |
|---|---|---|---|---|---|---|---|

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |
|---|---|---|---|

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CC |
| **Goods and Services** | IC 009. US 026. G & S: sunglasses. FIRST USE: 19900100. FIRST USE IN COMMERCE: 19900100 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 74097621 |
| **Filing Date** | September 17, 1990 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 28, 1991 |
| **Registration Number** | 1654252 |
| **Registration Date** | August 20, 1991 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 100192790 |
| **Attorney of Record** | VERONICA L HRDY |
| **Prior Registrations** | 0195359;0799642;1347094;AND OTHERS |
| **Type of Mark** | TRADEMARK |

**17**

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010719. |
| **Renewal** | 1ST RENEWAL 20010719 |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

**18**



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CC |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Mobile phone straps, eyeglass frames, sunglasses. FIRST USE: 20040901. FIRST USE IN COMMERCE: 20040901 |
| | IC 025. US 022 039. G & S: Gloves, swimwear. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| | IC 026. US 037 039 040 042 050. G & S: Hair accessories namely barrettes and pony-tail holders. FIRST USE: 20040901. FIRST USE IN COMMERCE: 20040901 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.03 - Circles, incomplete (more than semi-circles); Incomplete circles (more than semi-circles)<br>26.01.16 - Circles touching or intersecting<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 76615091 |
| **Filing Date** | October 8, 2004 |
| **Current Filing Basis** | 1A |

**19**

| | |
|---|---|
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 20, 2005 |
| **Registration Number** | **3025936** |
| **Registration Date** | December 13, 2005 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 10019 |
| **Attorney of Record** | Veronica L. Hrdy |
| **Prior Registrations** | 0195359;1734822;AND OTHERS |
| **Description of Mark** | The mark is compromised of interlocking C's. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**20**



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |
|---|---|---|---|---|---|---|---|---|
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | |

Please logout when you are done to release system resources allocated for you.

List At:        OR      to record:     **Record 9 out of 9**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

# CHANEL

—

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | IC 014. US 028. G & S: NECKLACES. FIRST USE: 19140000. FIRST USE IN COMMERCE: 19250000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 71677202 |
| **Filing Date** | November 24, 1954 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0612169** |
| **Registration Date** | September 13, 1955 |

**21**

**Owner**              (REGISTRANT) CHANEL, INC. CORPORATION NEW YORK 1 W. 57TH ST. NEW YORK NEW YORK

(LAST LISTED OWNER) CHANEL, INC. CORPORATION ASSIGNEE OF NEW YORK 9 WEST 57TH STREET NEW YORK NEW YORK 10019

**Assignment Recorded**  ASSIGNMENT RECORDED

**Attorney of Record**   VERONICA L. HRDY

**Prior Registrations**  0195360;0513132;AND OTHERS

**Type of Mark**         TRADEMARK

**Register**             PRINCIPAL-2(F)

**Affidavit Text**       SECT 15. SECTION 8(10-YR) 20050930.

**Renewal**              3RD RENEWAL 20050930

**Live/Dead Indicator**  LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**22**

# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |
|---|---|---|---|---|---|---|---|---|
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | |

Please logout when you are done to release system resources allocated for you.

**List At:**          **OR**          **to record:**          **Record 4 out of 4**

| TARR Status | ASSIGN Status | TDR | TTAB Status |
|---|---|---|---|

*( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | IC 014. US 028. G & S: BRACELETS, PINS, AND EARRINGS. FIRST USE: 19140000. FIRST USE IN COMMERCE: 19250000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72339492 |
| **Filing Date** | May 28, 1969 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0902190 |
| **Registration Date** | November 10, 1970 |
| **Owner** | (REGISTRANT) CHANEL, INC. CORPORATION NEW YORK 9 W. 57TH ST. NEW YORK NEW YORK 10019 |
| **Prior Registrations** | 0612169 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20010329. |

**23**

Trademark Electronic Search System (TESS)

**Renewal**            2ND RENEWAL 20010329

**Live/Dead Indicator**   LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At:          OR          to record:          **Record 7 out of 9**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | IC 014. US 027. G & S: WATCHES. FIRST USE: 19711102. FIRST USE IN COMMERCE: 19711222 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72414550 |
| **Filing Date** | February 4, 1972 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0955074 |
| **Registration Date** | March 13, 1973 |
| **Owner** | (REGISTRANT) CHANEL, INC. CORPORATION NEW YORK 9 WEST 57TH STREET NEW YORK NEW YORK 10019 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | VERONICA L. HRDY, |
| **Prior Registrations** | **0612169**;0902190;AND OTHERS |
| **Type of Mark** | TRADEMARK |

**25**

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20030319. |
| **Renewal** | 2ND RENEWAL 20030319 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

**26**

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At:            OR            to record:            **Record 2 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | IC 014. US 028. G & S: WATCHES AND CLOCKS. FIRST USE: 19871000. FIRST USE IN COMMERCE: 19871000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73792254 |
| **Filing Date** | April 10, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 26, 1989 |
| **Registration Number** | 1571787 |
| **Registration Date** | December 19, 1989 |
| **Owner** | (REGISTRANT) CHANEL, INC. CORPORATION NEW YORK 9 WEST 57TH STREET NEW YORK NEW YORK 100192790 |
| **Attorney of Record** | VERONICA L. HRDY |
| **Prior Registrations** | 0195360;0626035;0906262;0955074;AND OTHERS |
| **Type of Mark** | TRADEMARK |

**27**

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20001128. |
| **Renewal** | 1ST RENEWAL 20001128 |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST

CURR LIST    NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

**28**

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 9 04:10:56 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

**List At:**          **OR**          **to record:**          **Record 3 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



**Word Mark**     CC

**29**

| | |
|---|---|
| **Goods and Services** | IC 006. US 013. G & S: KEYCHAINS. FIRST USE: 19810900. FIRST USE IN COMMERCE: 19810900 |
| | IC 014. US 028. G & S: COSTUME JEWELRY. FIRST USE: 19810900. FIRST USE IN COMMERCE: 19810900 |
| | IC 016. US 037. G & S: GIFT WRAPPING PAPER. FIRST USE: 19860800. FIRST USE IN COMMERCE: 19860800 |
| | IC 025. US 039. G & S: BLOUSES, SHOES, BELTS, SCARVES, JACKETS, MEN'S TIES. FIRST USE: 19810900. FIRST USE IN COMMERCE: 19810900 |
| | IC 026. US 040. G & S: BROOCHES, BUTTONS FOR CLOTHING. FIRST USE: 19810900. FIRST USE IN COMMERCE: 19810900 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73644065 |
| **Filing Date** | February 9, 1987 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 7, 1988 |
| **Registration Number** | 1501898 |
| **Registration Date** | August 30, 1988 |
| **Owner** | (REGISTRANT) CHANEL, INC. CORPORATION NEW YORK 9 WEST 57TH STREET NEW YORK NEW YORK 10019 |
| **Attorney of Record** | VERONICA L. HRDY |
| **Prior Registrations** | 0195359;0399751;0799642;1241264;1271876;1293398;1308092;**1314511**;1347094; AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**30**