# Exhibit "B"

# Declaration of Skipp Porteous

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., a New York corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINDA ALLEN a/k/a LINDA ROONEY a/k/a )<br>COURTNEY ALLEN d/b/a )<br>EUROPEANBEAUTYFASHIONS.COM d/b/a )<br>EUROPEAN BEAUTY FASHIONS d/b/a )<br>MYCLASSYFASHION.COM d/b/a )<br>MY CLASSY FASHION d/b/a )<br>ULTIMATEDESIGNERSHANDBAGS.COM )<br>d/b/a ULTIMATE DESIGNER HANDBAGS )<br>and DOES 1-10, )<br>)<br>Defendants. )<br>) | CASE NO. 07-cv-4858 (NRB)<br><br>DECLARATION OF SKIPP PORTEOUS IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR DAMAGES |

1. My name is Skipp Porteous, and I am an officer of Sherlock Investigations, Inc., a licensed private investigative firm located in New York, New York.

2. I am over 18 years of age and have personal knowledge of the facts set forth herein. If called upon to do so, I could and would competently testify as to the following facts in support of Chanel's Memorandum of Points and Authorities in Support of Request for Damages against Defendant Linda Allen a/k/a Linda Rooney a/k/a Courtney Allen d/b/a European Beauty Fashions d/b/a EuropeanBeautyFashions.com d/b/a My Classy Fashion d/b/a MyClassyFashion.com d/b/a UltimateDesignersHandbags.com d/b/a Ultimate Designer Handbag ("Allen").

3. In or about December 2004, my firm was retained by Chanel, Inc. ("Chanel") to investigate the suspected sale of counterfeit Chanel products by Allen through her website EuropeanBeautyFashions.com.

4. On or about December 14, 2004, I conducted a WHOIS search of Allen's website "EuropeanBeautyFashions.com" through NetworkSolutions.com and determined that the domain name was created on July 15, 2004. The Registrant and the Administrative Contact is listed as Linda Allen, 342 Cold Spring Road, Syosset, New York 11791, (516) 921-0836, beautyfashions1@yahoo.com." A true and correct copy of the www.NetworkSolutions.com Whois printout in connection with Allen's website EuropeanBeautyFashions.com is attached hereto as Exhibit "1."

5. In or about December, 2004, I conducted a search of the telephone number, (516) 921-0836, identified on the WHOIS printout for Allen's website EuropeanBeautyFashions.com. I determined the owner of the telephone number was Neil Allen and the number rings to the physical address 342 Cold Spring Road, Syosset, New York 11791.

6. On or about December 14, 2004, I accessed Allen's fully interactive Internet website EuropeanBeautyFashions.com and placed an order for the purchase of a handbag bearing the Chanel Marks at issue in this action for $79.00, including shipping.

7. On or about December 17, 2004, I received the handbags purchased from Allen through her website EuropeanBeautyFashoin.com which was shipped via U.S. Mail. The return address on the outer package identified the shipper's address as 342 Cold Spring Road, Syosset, New York 11791. A true and correct photograph of the handbag I purchased from Allen through her website EuropeanBeautyFashions.com together with a true and correct copy of the Chain of Custody are attached hereto as Composite Exhibit "2."

8. The handbag I purchased from Allen, together with the Chain of Custody, were sent to Chanel for authentication. Chanel's representative confirmed the handbag I purchased from Allen through her website EuropeanBeautyFashions.com was counterfeit.

9. Since my firm's retention by Chanel on this matter, my firm has billed Chanel, and been paid, a total of $635.65 for investigative fees and buy money to investigate the Allen's counterfeiting activities through her website EuropeanBeautyFashions.com.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

Dated this 3rd day of April, 2008.

_____
Skipp Porteous

Exhibit "1"

# WHOIS SEARCH RESULTS

**WHOIS RECORD FOR**

## europeanbeautyfashions.com

Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
Similar Names - See suggested alternatives for this domain

```
Domain Name.:........ europeanbeautyfashions.com
   Creation Date........ 2004-07-15
   Registration Date.... 2004-07-15
   Expiry Date.......... 2005-07-15
   Organisation Name.... Linda Allen
   Organisation Address. 342 cold spring rd
   Organisation Address.
   Organisation Address. Syosset
   Organisation Address. 11791
   Organisation Address. NY
   Organisation Address. UNITED STATES

   Admin Name........... Linda Allen
   Admin Address........ 342 cold spring rd
   Admin Address........
   Admin Address........ Syosset
   Admin Address........ 11791
   Admin Address........ NY
   Admin Address........ UNITED STATES
   Admin Email.......... beautyfashions1@yahoo.com
   Admin Phone.......... +1.5169210836
   Admin Fax............

   Tech Name............ YahooDomains TechContact
   Tech Address......... 701 First Ave.
   Tech Address.........
   Tech Address......... Sunnyvale
   Tech Address......... 94089
   Tech Address......... CA
   Tech Address......... UNITED STATES
   Tech Email........... domain.tech@YAHOO-INC.COM
   Tech Phone........... +1.6198813096
   Tech Fax............. +1.6198813010
   Name Server.......... yns1.yahoo.com
   Name Server.......... yns2.yahoo.com
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

**Current Registrar:** MELBOURNE IT, LTD. D/B/A INTERNET NAMES WORLDWIDE

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NAME**

- europeanbeau... ☑ .net
- europeanbeau... ☑ .org
- europeanbeau... ☑ .info
- europeanbeau... ☑ .biz
- europeanbeau... ☑ .us
- europeanbeau... ☑ .ws
- europeanbeau... ☑ .vg
- europeanbeau... ☑ .gs
- europeanbeau... ☑ .tc
- europeanbeau... ☑ .ms

CONTINUE

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
- ⦿ Domain Name
- ○ NIC Handle
- ○ IP Address

SEARCH

**RELATED CATEGORIES**

fashion
beauty
clothing labels
cosmetic surgery
plastic surgery

beauty products
beauty supply
beauty supplies
beauty treatment
beauty care

http://www.networksolutions.com/en_US/whois/results.jhtml;jsessionid=CD1A2HA1VE5YMCWKEA...   12/14/2004

CH0004

Make a WHOIS search on any domain on the Web | Network Solutions

Page 2 of 2

| | |
|---|---|
| IP Address: | 66.218.79.157 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-SUNNYVALE |
| Record Type: | Domain Name |
| Server Type: | Other |
| Lock Status: | ACTIVE |
| DMOZ: | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 08-Jun-2004 |



Travel
Car Rental
Hotels
Airline

**Financial Planning**
Debt
Credit Cards
Loans

**Business and Finance**
Affiliate Program
Student Loans
Stocks



When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

Back to top | About Us | Partnerships | Customer Service | Site Map

Home | Register a Domain | Create a Web Site | Buy E-mail | Purchase Hosting | Promote Your Site | Grow Your Business | Transfer Your Domains | Renew Services | Account Manager



Review our Policies, Service Agreement, and Legal Notice
© Copyright 2004 Network Solutions. All rights reserved.

tp://www.networksolutions.com/en_US/whois/results.jhtml;jsessionid=CD1A2HA1VB5YMCWKTA

Composite Exhibit "2"

## Sherlock Investigations, Inc.
### 170 West End Avenue, 2T, New York NY 10023

TEL 212-579-4302　　　　　　　　　　　　　　　　FAX 212-579-4910
skipp@sherlockinvestigations.com　　　　　　www.sherlockinvestigations.com

### Chain of Custody

Description of Evidence: Tan/blk quilted Bag w/ Chanel (X) symbol

Date obtained: 12/29/04

How obtained: USPS - Priority - Doorman @ 180 WEA.

Received by: Constance M. Noyes

Place: 180 West End Avenue 27K N/C 10023　　Time: 1:40 pm　　Date: 12/20/04

Relinquished by: Constance M Noyes

Received by: Skipp Carstens

Place: 170 West End Ave 2T NY NY 10023　　Time: 4:30 P.m　　Date: 12/20/04

Relinquished by: Skipp Carstens

Received by: _____

Place: _____　Time: _____　Date: _____

Relinquished by: _____

Received by: _____

Place: _____　Time: _____　Date: _____

Relinquished by: _____

CH0002

