## Stephen Gaffigan

**From:**   Macaluso, John [jmacaluso@gibney.com]
**Sent:**   Friday, October 05, 2007 4:44 PM
**To:**    stephen@smgpa.net
**Subject:** FW: Chanel v. Allen

*John Macaluso, Esq.*
Partner
Intellectual Property Department
*Gibney, Anthony & Flaherty, LLP*
665 Fifth Avenue
New York, NY 10022
(212)688-5151
(212)688-8315 Fax

**From:** Carl Person [mailto:carlpers@ix.netcom.com]
**Sent:** Friday, October 05, 2007 4:39 PM
**To:** Macaluso, John
**Cc:** Carl E. Person
**Subject:** Chanel v. Allen

I'm attaching a pdf copy of 13 pages of documents relating to my clients sales and income. I tried faxing the first 11 pages to you during the past hour, but my transmittal was not completed. Anyway, I've added two pages and am sending you the documents through attachment to this email.

Also, I have the following relevant information:

1. My client has not bought or sold any more Chanel and has no inventory.

2. Ultimate Designer Handbags website was established in 5/05 and show down in 1/06. The total estimate of products sold in that period are for various products. My client's estimate of monies earned during that period is approximatley $1,069, as per the HSBC statement dated 9/1/05. This is the only available statmeent and does not reflect deposits by items sold.

3. Duropean Beauty Fashions did not represent Chanel in any form on its website during the time of ites existence (from 2/06 to 2/07).

4. Pages 1-22 is the informrtion for year 2007.

5. Invoices and statement for 2005 are unavailable as stated above. Estimates can be based on the 2007 sales notwithstanding sales of other products and original costs.

6. Schedule from 2005 income tax returns shows the interest income from the HSBC account which was the only account used by my client for business transactions.

7. There are no electronic files.

8.  The website dates are listed above.

9.  The business was limited to my client's home. She had no warehouse or inventory. Sales were based on individual requests by a potential customer.

Based on information provided to me by my client on 9/24/07.

Carl E. Person

# INVOICE

**My Classy Fashion**

Date: 15-05-2007 14:31:34
Order id: #98
Order status: Processed
Payment method:
Credit Card (AuthorizeNet: AIM
Delivery method:
UPS Ground

342 Cold Spring Rd, Syosset
11791, New York
United States
CALL US: 516-884-2075
International: 516-921-9391
Fax: 516-921-9391
E-Mail:
designerbags15@aol.com

Company:
Tax number:
**First Name:** Ashley
**Last Name:** Blanco
**Phone:** 2108313296
Fax:
**E-Mail:** afroggie87@yahoo.com
URL:

### Billing Address

**Address:** 5843 Laurel Valley
**City:** San Antonio
**State:** Texas
**Country:** United States
**Zip/Postal code:** 78242

### Shipping Address

**Address:** 5843 Laurel Valley
**City:** San Antonio
**State:** Texas
**Country:** United States
**Zip/Postal code:** 78242

## Products ordered

| SKU | Product | Item price | Quantity | Total |
|-----|---------|-----------|----------|-------|
| Sun 1 | Chanel Sunglasses | $24.99 | 1 | $24.99 |

Subtotal: $24.99
Shipping cost:  $5.95

**Total: $30.94**

Thank you for your purchase!

http://www.myclassyfashion.com/store/admin/process_order.php?mode=invoice        8/14/2007

 MY Classy Fashion

# INVOICE

**Date:** 14-05-2007 18:45:10
**Order id:** #86
**Order status:** Processed
**Payment method:**
Credit Card (AuthorizeNet:
AIM)
**Delivery method:**
UPS Ground

**My Classy Fashion**
342 Cold Spring Rd, Syosset
11791, New York
United States
CALL US: 516-884-2075
International: 516-921-9391
Fax: 516-921-9391
E-Mail:
designerbags15@aol.com

**Company:**
**Tax number:**
**First Name:** Jen
**Last Name:** Ayers
**Phone:** (609) 788-3666
**Fax:**
**E-Mail:** WholesaleJen@aol.com
**URL:**

**Billing Address**

**Address:** 199 New Road #61-109
**City:** Linwood
**State:** New Jersey
**Country:** United States
**Zip/Postal code:** 08221

**Shipping Address**

**Address:** 199 New Road #61-109
**City:** Linwood
**State:** New Jersey
**Country:** United States
**Zip/Postal code:** 08221

## Products ordered

| SKU | Product | Item price | Quantity | Total |
|------|-----------------------|-----------|----------|--------|
| CH 1 | Chanel Hanging Earrings | $24.00 | 1 | $24.00 |

**Subtotal:** $24.00
**Shipping cost:** $5.95
**Total:** $29.95

## Customer notes

PLEASE SEND TRACKING NUMBER WHEN PACKAGE IS SENT.

Thank you for your purchase!

 MY Classy Fashion

# INVOICE

**Date:** 10-05-2007 14:05:22
**Order id:** #74
**Order status:** Processed

**My Classy Fashion**
342 Cold Spring Rd, Syosset
11791, New York
United States

# INVOICE

 MY Classy Fashion

Date: 14-05-2007 18:45:10
Order id: #86
Order status: Processed
Payment method:
Credit Card (AuthorizeNet:
AIM
Delivery method:
UPS Ground

**My Classy Fashion**
342 Cold Spring Rd, Syosset
11791, New York
United States
CALL US: 516-884-2075
International: 516-921-9391
Fax: 516-921-9391
E-Mail:
designerbags15@aol.com

Company:
Tax number:
First Name:      Jen
Last Name:      Ayers
Phone:          (609) 788-3666
Fax:
E-Mail:         WholesaleJen@aol.com
URL:

**Billing Address**

Address:          199 New Road #61-109
City:             Linwood
State:            New Jersey
Country:          United States
Zip/Postal code:  08221

**Shipping Address**

Address:          199 New Road #61-109
City:             Linwood
State:            New Jersey
Country:          United States
Zip/Postal code:  08221

### Products ordered

| SKU | Product | Item price | Quantity | Total |
|-----|---------|-----------|----------|-------|
| CH 1 | Chanel Hanging Earrings | $24.00 | 1 | $24.00 |

Subtotal: $24.00
Shipping cost:  $5.95

Total: $29.95

### Customer notes

PLEASE SEND TRACKING NUMBER WHEN PACKAGE IS SENT.

Thank you for your purchase!

---

# INVOICE

MY Classy Fashion

Date: 10-05-2007 14:05:22
Order id: #74
Order status: Processed

**My Classy Fashion**
342 Cold Spring Rd, Syosset
11791, New York
United States

http://www.myclassyfashion.com/store/admin/process_order.php?mode=invoice          8/14/2007

**Payment method:**
Credit Card (AuthorizeNet AIM)
**Delivery method:**
UPS Ground

CALL US: 516-884-2075
International: 516-921-9391
Fax: 516-921-9391
E-Mail:
designerbags15@aol.com

**Company:**
**Tax number:**
**First Name:** Michael
**Last Name:** Jennings
**Phone:** 620-792-6854
**Fax:**
**E-Mail:** ayejayblue@hotmail.com
**URL:**

**Billing Address**

**Address:** 1907 Wahsington
**City:** Great Bend
**State:** Kansas
**Country:** United States
**Zip/Postal code:** 67530

**Shipping Address**

**Address:** 3100 16th St
**City:** Great Bend
**State:** Kansas
**Country:** United States
**Zip/Postal code:** 67530

## Products ordered

| SKU | Product | Item price | Quantity | Total |
|-----|---------|-----------|----------|-------|
| CH 11 | Chanel Hobo bag | $110.00 | 1 | $110.00 |

Subtotal: $110.00
Shipping cost: $5.95

**Total: $115.95**

Thank you for your purchase!

 MY Classy Fashion

# INVOICE

**Date:** 04-05-2007 20:32:54
**Order id:** #52
**Order status:** Processed
**Payment method:**
Credit Card (AuthorizeNet:
AIM
**Delivery method:**
UPS Ground

**My Classy Fashion**
342 Cold Spring Rd, Syosset
11791, New York
United States
CALL US: 516-884-2075
International: 516-921-9391
Fax: 516-921-9391
E-Mail:
designerbags15@aol.com

**Company:**
**Tax number:**
**First Name:** meghan
**Last Name:** burke
**Phone:** 13152457884
**Fax:**
**E-Mail:** MSHORTYUSA@HOTMAIL.COM
**URL:**

**Billing Address**

| | |
|---|---|
| **Address:** | 31 columbus st apt 1 |
| **City:** | auburn |
| **State:** | New York |
| **Country:** | United States |
| **Zip/Postal code:** | 13021 |

**Shipping Address**

| | |
|---|---|
| **Address:** | 31 columbus st apt 1 |
| **City:** | auburn |
| **State:** | New York |
| **Country:** | United States |
| **Zip/Postal code:** | 13021 |

### Products ordered

| SKU | Product | Item price | Quantity | Total |
|-----|---------|-----------|----------|-------|
| CH3 | Chanel Classic Black Handbag | $89.00 | 1 | $89.00 |
| CH5 | Chanel Wallet | $24.99 | 1 | $24.99 |

| | | |
|---|---|---|
| | Subtotal: | $113.99 |
| | Shipping cost: | $5.95 |
| | **Total: $119.94** | |

Thank you for your purchase!

---

 MY Classy Fashion

# INVOICE

**Date:** 03-05-2007 16:48:19
**Order id:** #45
**Order status:** Processed
**Payment method:**
Credit Card (AuthorizeNet:
AIM
**Delivery method:**
UPS Ground

**My Classy Fashion**
342 Cold Spring Rd, Syosset
11791, New York
United States
CALL US: 516-884-2075
International: 516-921-9391
Fax: 516-921-9391
E-Mail:
designerbags15@aol.com

**Company:**
**Tax number:**
**First Name:** Olivia
**Last Name:** Haman
**Phone:** 305 443 0244
**Fax:**
**E-Mail:** livvy39@hotmail.com
**URL:**

**Billing Address**

| | |
|---|---|
| **Address:** | 325 Biscayne Blvd |
| | Apt 2514 |
| **City:** | Miami |
| **State:** | Florida |
| **Country:** | United States |
| **Zip/Postal code:** | 33131 |

**Shipping Address**

| | |
|---|---|
| **Address:** | Car-Kit.com |
| | 3326 Mary Street |
| **City:** | Suite 302 |
| **State:** | Florida |
| **Country:** | United States |
| **Zip/Postal code:** | 33133 |

### Products ordered

| SKU | Product | | Item price | Quantity | Total |
|---|---|---|---|---|---|
| CH7 | Chanel Black Bowling Bag | | $79.00 | 1 | $79.00 |

Subtotal: $79.00

Shipping cost: $5.95

Total: $84.95

Thank you for your purchase!

---

 MY Classy Fashion

# INVOICE

**Date:** 03-05-2007 15:32:40
**Order Id:** #44
**Order status:** Processed
**Payment method:**
**Credit Card (AuthorizeNet: AIM**
**Delivery method:**
**UPS Ground**

**My Classy Fashion**
342 Cold Spring Rd, Syosset
11791, New York
United States
CALL US: 516-884-2075
International: 516-921-9391
Fax: 516-921-9391
E-Mail:
designerbags15@aol.com

**Company:**
**Tax number:**
**First Name:** STEPHANIE
**Last Name:** MILLER
**Phone:** 5703851254
**Fax:**
**E-Mail:** SMILLER48@EARTHLINK.NET
**URL:**

**Billing Address**

| | |
|---|---|
| **Address:** | 91 WOODLAND DR |
| **City:** | AUBURN |
| **State:** | Pennsylvania |

**Shipping Address**

| | |
|---|---|
| **Address:** | 91 WOODLAND DR |
| **City:** | AUBURN |
| **State:** | Pennsylvania |

http://www.myclassyfashion.com/store/admin/process_order.php?mode=invoice       8/14/2007

| Country: | United States | | Country: | United States |
|---|---|---|---|---|
| Zip/Postal code: | 17922 | | Zip/Postal code: | 17922 |

### Products ordered

| SKU | Product | Item price | Quantity | Total |
|---|---|---|---|---|
| Sun 1 | Chanel Sunglasses | $24.99 | 1 | $24.99 |

Subtotal: $24.99

Shipping cost: $5.95

Total: $30.94

Thank you for your purchase!

# INVOICE

MY Classy Fashion

**Date:** 03-05-2007 02:41:21
**Order id:** #42
**Order status:** Processed
**Payment method:**
Credit Card (AuthorizeNet:)
AIM
**Delivery method:**
UPS Ground

**My Classy Fashion**
342 Cold Spring Rd, Syosset
11791, New York
United States
CALL US: 516-884-2075
International: 516-921-9391
Fax: 516-921-9391
E-Mail:
designerbags15@aol.com

**Company:**
**Tax number:**
**First Name:** manuela
**Last Name:** kouril
**Phone:** 719-229-9341
**Fax:**
**E-Mail:** nadinekouril@gmail.com
**URL:**

**Billing Address**

| Address: | 5780 eldora dr |
|---|---|
| City: | colorado springs |
| State: | Colorado |
| Country: | United States |
| Zip/Postal code: | 80918 |

**Shipping Address**

| Address: | 5780 eldora dr |
|---|---|
| City: | colorado springs |
| State: | Colorado |
| Country: | United States |
| Zip/Postal code: | 80918 |

### Products ordered

| SKU | Product | Item price | Quantity | Total |
|---|---|---|---|---|
| Ch1 | CC White Quilted Handbag | $89.00 | 1 | $89.00 |

Subtotal: $89.00

Shipping cost: $5.95

Total: $94.95

http://www.myclassyfashion.com/store/admin/process_order.php?mode=invoice        8/14/2007

Order status: Processed
Payment method:
Credit Card (AuthorizeNet;
AIM)
Delivery method:
UPS Ground

United States
CALL US: 516-884-2075
International: 516-921-9391
Fax: 516-921-9391
E-Mail:
designerbags15@aol.com

Company:
Tax number:
First Name:     Daw
Last Name:      Moe
Phone:          650-7570701
Fax:
E-Mail:         maung.fly@gmail.com
URL:

**Billing Address**

Address:          141 Adrian Ave
City:             South San Francisco
State:            California
Country:          United States
Zip/Postal code:  94080

**Shipping Address**

Address:          141 Adrian Ave
City:             South San Francisco
State:            California
Country:          United States
Zip/Postal code:  94080

### Products ordered

| SKU | Product | | Item price | Quantity | Total |
|------|---------|---|-----------|----------|--------|
| Sun 1 | Chanel Sunglasses | | $24.99 | 1 | $24.99 |

Subtotal: $24.99

Shipping cost: $5.95

Total: $30.94

Thank you for your purchase!

Thank you for your purchase!

---

# INVOICE

 **MY Classy Fashion**

Date : 03-05-2007 00:50:45
Order Id: #41
Order status: Processed
Payment method:
Credt Card (AuthorizeNet:
AIM)
Delivery method:
UPS Ground

**My Classy Fashion**
342 Cold Spring Rd, Syosset
11791, New York
United States
CALL US: 516-884-2075
International: 516-921-9391
Fax: 516-921-9391
E-Mail:
designerbags15@aol.com

Company:
Tax number:
First Name:      manuela
Last Name:      kouril
Phone:          719-229-9341
Fax:
E-Mail:         nadinekouril@gmail.com
URL:

**Billing Address**

| Address: | 5780 eldora dr |
|---|---|
| City: | colorado springs |
| State: | Colorado |
| Country: | United States |
| Zip/Postal code: | 80918 |

**Shipping Address**

| Address: | 5780 eldora dr |
|---|---|
| City: | colorado springs |
| State: | Colorado |
| Country: | United States |
| Zip/Postal code: | 80918 |

### Products ordered

| SKU | Product | Item price | Quantity | Total |
|---|---|---|---|---|
| LV 25 | LV white wallet | $22.99 | 1 | $22.99 |
| CH 1 | Chanel Hanging Earrings | $24.00 | 1 | $24.00 |
| CH 2 | Chanel Studs | $24.99 | 1 | $24.99 |
| sun 4 | Dior Sunglasses | $24.99 | 1 | $24.99 |

Subtotal:  $96.97
Shipping cost:  $5.95

Total: $102.92

Thank you for your purchase!

---

# INVOICE

 MY Classy Fashion

Date: 30-04-2007 21:50:52
Order Id: #28

**My Classy Fashion**
342 Cold Spring Rd, Syosset
11791, New York

http://www.myclassyfashion.com/store/admin/process_order.php?mode=invoice          8/14/2007