Composite Exhibit "1"

Channel Handbags; Channel scarves, Channel sunglasses    Case 1:07-cv-04858-NRB    Document 16-8    Filed 04/09/2008    Page 2 of 12

Page 1 of 2

# European Beauty Fashions

- Burberry
- Chanel
- Christian Dior
- Coach
- Fendi
- Gucci
- Hermes
- Louis Vuitton
- Prada
- Beauty Prodcuts
- Contact Us
- Return Home

## Chanel Handbags & Accessories

**Chanel Bucket**



$125.00

Sale Price:

$79.00

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Beige Shown 10"W x 9.5"H x 4"D

**Chanel Beige Bag**



$105.00

Sale Price:

$75.00

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Beige Shown 10.5"W x 5.5"H x 3.5"D

**Chanel Black Bag**



$125.00

Sale Price:

$79.00

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Black Shown 10."W x 9.5"H x 4"D

**Chanel Bag**



$105.00

Sale Price:

$79.00

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag White Shown 10."W x 9.5"H x 4"D

**Chanel Pink Bag**



$125.00

Sale Price:

$79.00

**Chanel Small Pink**



$105.00

Sale Price:

$75.00

Charinel Handbags; Channel scarves, Channel sunglasses

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Pink Shown 10."W x 9.5"H x 4"D

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Pink Shown 10.5"W x 5.5"H x 3.5"D

Proceed to Next Page



# European Beauty Fashions

- Burberry
- Chanel
- Christian Dior
- Coach
- Fendi
- Gucci
- Hermes
- Louis Vuitton
- Prada
- Beauty Prodcuts
- Contact Us
- Return Home

## Chanel Handbags & Accessories

Chanel Inspired Bag



$140.00

Sale Price:

$69.00

Order Now

Made genuine of leather Silver hardware with engraved Chanel; interior signature lining and pocket Comes w/ carecard and dustbag Interior pocket

Return To Previous Page | Return to Chanel Home Page





**3**

# European Beauty Fashions

- Burberry
- Chanel
- Christian Dior
- Coach
- Fendi
- Gucci
- Hermes
- Louis Vuitton
- Prada
- Beauty Prodcuts
- Contact Us
- Return Home



## Welcome to European Beauty Fashions

# 40% - 50% OFF ALL BAGS!!!!!!!

**About European Beauty Fashions**

European Beauty Fashions offer the finest quality in name-brand replica handbags and accessories. We stand behind our product assuring professional, prompt service for our customers. Be advised if you do not see a specific item please email for a request as we fill orders on demand.

We specialize in bag parties throughout the New York Tri- State Area. Please contact us for any more information on hosting your own bag party!!!!!!



http://europeanbeautyfashions.com/index.html     12/14/2004

**4**

# European Beauty Fashions

- Burberry
- Chanel
- Christian Dior
- Coach
- Fendi
- Gucci
- Hermes
- Louis Vuitton
- Prada
- Beauty Prodcuts
- Contact Us
- Return Home

## Chanel Handbags & Accessories

Chanel Bucket



$125.00

Sale Price:

$89.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Beige Shown 10"W x 9.5"H x 4"D

Chanel Beige Bag



$125.00

Sale Price:

$89.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Beige Shown 10.5"W x 5.5"H x 3.5"D

Chanel Black Bag



$125.00

Sale Price:

$89.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Black Shown 10."W x 9.5"H x 4"D

Chanel Bag



$125.00

Sale Price:

$89.00

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag White Shown 10."W x 9.5"H x 4"D

Chanel Pink Bag



$125.00

Sale Price:

$89.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Pink Shown 10."W x 9.5"H x 4"D

Chanel Small Pink



$125.00

Sale Price:

$79.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Pink Shown 10.5"W x 5.5"H x 3.5"D

Proceed to Next Page

**5**

# European Beauty Fashions

- Burberry
- Christian Dior
- Coach
- Evening
- Fendi
- Gucci
- Hermes
- Louis Vuitton
- Prada
- Beauty Prodcuts
- Contact Us
- Return Home



## Chanel Handbags & Accessories

**Chanel Bucket**



$125.00

Sale Price:

$89.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Beige Shown 10"W x 9.5"H x 4"D

**Chanel Beige Bag**



$125.00

Sale Price:

$89.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Beige Shown 10.5"W x 5.5"H x 3.5"D

**Chanel Black Bag**



$125.00

Sale Price:

$89.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Black Shown 10."W x 9.5"H x 4"D

**Chanel Bag**



$125.00

Sale Price:

$89.00

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag White Shown 10."W x 9.5"H x 4"D

Proceed to Next Page

**6**

Search



Home
Show Order
Privacy Policy
Info
Search
Index
Y! SHOPPING

# europeanbeautyfashions.com

Search

Search for: [          ]  [ Search ]

### Chanel Inspired Bag — $99.98



Made genuine of leather Silver hardware with engraved Chanel; interior signature lining and pocket Comes w/ carecard and dustbag ...

### Chanel Beige Bag — $89.98



Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Beige Shown 10.5"W x 5.5"H x 3.5"D chanelbeigebag ...

### Chanel Bucket — $89.98



Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Beige Shown 10"W x 9.5"H x 4"D chanelbeigebucket ...

### Chanel Black Bag — $89.98



Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Black Shown 10."W x 9.5"H x 4"D chanelblkbag ...

### Chanel Pink Bag — $89.98



Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Pink Shown 10."W x 9.5"H x 4"D chanelpinkbag ...

### Chanel Small Pink — $79.98



Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Pink Shown 10.5"W x 5.5"H x 3.5"D chanelpinksmall ...

### Chanel Bag — $89.00



Made genuine of leather Interior signature lining and pocket Comes w/ dustbag White Shown 10."W x 9.5"H x 4"D chanelwhitebag ...

**7**

Shopping Cart

Page 1 of 1



# europeanbeautyfashions.com

Your Shopping Cart

| Item | Unit Price | Qty. | Subtotal |
|---|---|---|---|
| Chanel Beige Bag [Remove] | 89.98 | 1 | 89.98 |

Update Qty.

Subtotal for europeanbeautyfashions.com:   89.98

Keep Shopping                                        ▶ Check Out

**8**

http://order.store.yahoo.com/cgi-bin/wg-order?unique=6c102&catalog=yhst-40361160...   1/25/2005

# European Beauty Fashions

- Burberry
- Christian Dior
- Coach
- Evening
- Fendi
- Gucci
- Hermes
- Louis Vuitton
- Prada
- Beauty Prodcuts
- Contact Us
- Return Home



## Chanel Handbags & Accessories

**Chanel Bucket**



$125.00

Sale Price: $89.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Beige Shown 10"W x 9.5"H x 4"D

**Chanel Beige Bag**



$125.00

Sale Price: $89.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Beige Shown 10.5"W x 5.5"H x 3.5"D

**Chanel Black Bag**



$125.00

Sale Price: $89.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Black Shown 10."W x 9.5"H x 4"D

**Chanel Bag**



$125.00

Sale Price: $89.00

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag White Shown 10."W x 9.5"H x 4"D

Proceed to Next Page

**9**

Buy Online at Shopzilla!    Page 1 of 2



Your Account |

| Home | Clothing | Home & Garden | Toys | Computers | Sports | Electronics | Appliances | Video Games | All Depts. |

Shop for [chanel]  in [All Departments]  Find it!

Home > Clothing & Accessories > Handbags & Luggage > Handbags/Totes > europeanbeautyfashions.com > Chanel Inspired Bag



Enlarge Image

**Chanel Inspired Bag**

Product Rating: Be the first to review this product!
Price: $140.00 at europeanbeautyfashions.com

Write a Review at BizRate

Ready to buy? 

### Description
Made genuine of leather Silver hardware with engraved Chanel; interior signature lining and pocket Comes w/ carecard and dust pocket

☀ = Outstanding  ☺ = Good  😐 = Satisfacto

| Store Name | Store Ratings | | | Notes | Price | |
| --- | --- | --- | --- | --- | --- | --- |
| | Would Shop Again | On Time Delivery | Customer Support | | | |
| europeanbeautyfashions.com | This store is not yet rated. Why? | | | See Store for Availability | $140.00 Shipping not included | See at europeanbeauty |
| | Be the first to review this store | | | | | |

**Want to know tax & shipping costs?**    Enter your ZIP code: [ ]
We will only use your ZIP code to calculate applicable state tax and ground shipping charges.

### Related Searches in Handbags/Totes

Baby Phat, Betty Boop, Brighton, Brighton Handbags, Chanel, Coach, Coach Handbag, Coach Purses, Diaper Bag, Dior, Do Bourke, Fabric, Fashion, Ferragamo, Gucci, Gucci Bags, Handbags, Handbags Louis Vuitton, Louis Vittion Bags, Paul Frank, Prada, Replica, Rosetti Handbags, Stone Mountain Handbags, Vera Bradley

### Stores Selling Handbags/Totes (Sponsored Links)

Imprinted Tote Bags

**10**

Shopping Cart

- Home
- Show Order
- Privacy Policy
- Info
- Search
- Index
- Y! SHOPPING

# europeanbeautyfashions.com

Page 1 of 1

Your Shopping Cart

| Item | | Unit Price | Qty. | Subtotal |
|---|---|---|---|---|
|  | Chanel Inspired Bag [Remove] | 99.98 | 1 | 99.98 |

[Update Qty.]

Subtotal for europeanbeautyfashions.com: 99.98

Keep Shopping

[Check Out]

**11**