# Composite Exhibit "2"

# Ultimate Designer Handbags


Burberry
Chanel
Christian Dior
Coach
Evening
Fendi
Gucci
Hermes
Louis Vuitton
Prada
Sunglasses
Beauty Prodcuts
Contact Us
Disclaimer
Return Policy
Services




## Chanel Handbags & Accessories

Chanel Bronze



$179.00

Sale Price:

$79.00

Order Now

Hot new color for Fall/Winter. Bronze with black detail. Metal feet for bottom protection. Well made. Lining has storage pockets. 13x9x3

Chanel Black with Snake



$189.99

Sale Price:

$89.00

Order Now

Classy Chanel in black with snake skin "C" on side. Soft Leaher with metal feet for protection. Silk lining with storage pockets 15x10x4

Chanel Clear and Pink



$159.99

Sale Price:

$69.99

Order Now

Chanel Clear with pink leather trim and classic "C" on the front for design. Smaller pink purse attached inside for coverage and private things. Comes in white, black, blue.

Chanel Pink Bag



$125.00

Sale Price:

$69.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Pink Shown 10."W x 9.5"H x 4"D

Chanel Watch



$79.00

Sale Price:

$29.99

Order Now

Blue Chanel Watch with monogram Chanel on face. Time efficent, stainless steel backing.

1

# Ultimate Designers Handbags

Burberry
Chanel
Christian Dior
Coach
Evening
Fendi
Gucci
Hermes
Louis Vuitton
Prada
Sunglasses
Beauty Prodcuts
Contact Us
Disclaimer
Return Policy
Services



## WELCOME TO ULTIMATE DESIGNERS HANDBAGS

## *40% - 50% OFF ALL BAGS!!!!!!!*

### About Ultimate Designers Handbags

Have you been seeking a quality company offering Burberry replica handbags and Louis Vuitton replicas without any luck? You have come to the right place! We have products ranging from replica Coach handbags to replica Christian Dior handbag styles, as well as an assortment of replica wallets and replica sunglasses. Our broad selection of Louis Vuitton replica luggage items, not to mention our affordable replica Gucci handbag and Prada replica handbag choices are sure to impress you.

Ultimate Designers Handbags offer the finest quality inspired name-brand bags and fashion accessories. From Fendi and Chanel to Hermes and Evening handbags we stand behind all our fine products assuring professional, prompt service and satisfaction for our customers. We offer a great selection of designer belts and luggage; in addition to bargain priced designer suit carriers, briefcases, date books, watches, scarves, and ladies leather wallets



2

# Contact Us

Burberry
Chanel
Christian Dior
Coach
Evening
Fendi
Gucci
Hermes
Louis Vuitton
Prada
Sunglasses
Beauty Prodcuts
Contact Us
Disclaimer
Return Policy
Services

## Request More Information

Use this form to contact us to get more information about our company, products, or services. If you need to contact us by phone please call 516-884-2075 of e-mail us at www.designerbags15@aol.com. Please give us 24 hours to respond

Your Name:

Your E-mail Address:

Your Phone Number:

Comments:

Submit Reset

3

Burberry handbags burberry belts,burberry watches,burberry hats,scarves

# ULTIMATE DESIGNERS HANDBAGS

Burberry
Chanel
Christian Dior
Coach
Evening
Fendi
Gucci
Hermes
Louis Vuitton
Prada
Sunglasses
Beauty Prodcuts
Contact Us
Disclaimer
Return Policy
Services



## Disclaimer

Disclaimer:
All of Our Bags, Wallets, Hats, Scarfs, Belts, etc. are Replicas and are for "Entertainment Or Educational purposes only" And are not being sold as real Louis Vuitton, Gucci, Prada, Burberry, Coach,Christian Dior, Fendi, Hermes. While they are detailed and authentic looking, and of exceptional quality, there is no relationship to any of these companies and us whatsoever and are not meant to dilute or hurt the Company's names and or Trademarks. These are not from, nor can they be serviced by, any authorized dealers. The owner of this website takes no responsibility from what people say or do with these Handbags or hats, wallets, Scarfs, Glasses, watches, clothes, etc. after they get them and assumes no civil or criminal liability for selling these replica products. THESE ARE NOT AUTHENTIC PRODUCTS. These products are meant to be worn while you save for the authentic bags, watch, clothes, ect. or any other item on the site. We do not wish to hurt any companies sales or name by selling these items we are just trying to introduce a person to the look and feel of that item so they can save money to buy the more expensive genuine product from Louis Vuitton, Gucci, Prada, Burberry, Coach, Christian Dior, Fendi, Hermes, or other Brand names.

By purchasing one of these replicas, the buyer agrees not to sell or represent them as genuine or try to hold the owner of this site liable in court for any reason. By viewing this page and any other page linked to this web site directly or indirectly, You agree to such terms. If you are affiliated with or working for the above mentioned company's. either directly or indirectly, or any other related group, Person Representing these Companies or were formally a worker, National or International you CAN NOT enter this web site and or linked pages, cannot access any of its files and you cannot view any of the HTML files. If you enter this site and you are not agreeing to these terms you are violating code 431.322.12 of the Internet Privacy Act signed by Bill Clinton in 1995 and that means that you CANNOT threaten our ISP(s) or any person(s) or company storing these files, and cannot prosecute any person(s) affiliated with this page which includes family, friends or individuals who own, run or enter or purchase from this web site. By continuing to enter this site or it's linked pages, you are expressly and impliedly agreeing to all terms as stated above, and affirm that you are in compliance with all the terms as stated here.

4

# Ultimate Designer Handbags


Burberry
Chanel
Christian Dior
Coach
Evening
Fendi
Gucci
Hermes
Louis Vuitton
Prada
Sunglasses
Beauty Prodcuts
Contact Us
Disclaimer
Return Policy
Services




## Return Policy

Return Policy
We are proud to offer a return policy that allows for exchanges and/or refunds if a customer wishes. Customers may email in a return/exchange request within 30 days of receipt of merchandise. Instructions are as follows:

1) Send an email to Designerbags15@aol.com with the your name, purchase date, product name, specific reason for return, and a specific return request. Customers may request an exchange for another item, or a refund.

2) Ultimate Designer Handbags will send an email return authorization with further instructions. No re-shelving fees will be charged for the return of defective items. Re-shelving fees, when applicable, will consist of shipping costs.

3) Customer must follow directions provided in return authorization email.

4) Once we receive your return, we will process the rest of the return as specified in the return authorization email. CUSTOMERS MUST FOLLOW THE DIRECTIONS ABOVE IN ORDER TO HAVE THEIR RETURN PROCESSED.



5

# Services


Burberry
Chanel
Christian Dior
Coach
Evening
Fendi
Gucci
Hermes
Louis Vuitton
Prada
Sunglasses
Beauty Prodcuts
Contact Us
Disclaimer
Return Policy
Services


## Services We Provide

Use this area to tell your customers about your business services and how they can enlist your services.

Explain what services your company offers, the benefits, features, pricing and the target audience. Include customer testimonials, success stories, and other graphics or charts that demonstrate why your services are relevant to prospective customers.

If you have a list of services, use bullets:

- Consulting
- Analysis
- Advice

Explain to your customers how they can order or gain access to your services.

You can also highlight other resources or alliances that increase the breadth of your services.



europeanhandbags.com goes to →

# Ultimate Designer Handbags

Burberry
Chanel
Christian Dior
Coach
Evening
Fendi
Gucci
Hermes
Louis Vuitton
Prada
Sunglasses
Beauty Prodcuts
Contact Us
Disclaimer
Return Policy
Services



## Chanel Handbags & Accessories

Chanel Bronze



$179.00
Sale Price:
$89.00

Order Now

Hot new color for Fall/Winter. Bronze with black detail. Metal feet for bottom protection. Well made. Lining has storage pockets. 13x9x3

Chanel Black with Snake



$189.99
Sale Price:
$89.00

Order Now

Classy Chanel in black with snake skin "C" on side. Soft Leaher with metal feet for protection. Silk lining with storage pockets 15x10x4

Chanel speedy



$289.00
Sale Price:
$109.00

Order Now

All leather well made Chanel Speedy with monogram in center A classic piece. Fully lined with zip pocket.

Chanel Pink Bag



$125.00
Sale Price:
$79.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Pink Shown 10."W x 9.5"H x 4"D

Chanel Watch



$79.00
Sale Price:
$29.99

Order Now

Blue Chanel Watch with monogram Chanel on face. Time efficent, stainless steel backing.

Chanel Earings



$99.99
Sale Price:
$25.99

Order Now

Chanel Small Pink



$125.00
Sale Price:
$69.98

Chanel Black sm w white C

$159.99
Sale Price:
$79.00

7



Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Pink Shown 10.5"W x 5.5"H x 3.5"D

Order Now

Chanel Black Leather with White "C" Leather straps. Fully lined

Chanel Weave Black



$179.99

Sale Price:

$69.00

Order Now

Chanel Bucket



$125.00

Sale Price:

$89.98

Order Now

Made genuine of leather Interior signature lining and pocket Comes w/ dustbag Beige Shown 10"W x 9.5"H x 4"D

Chanel Weave in Pink



$179.99

Sale Price:

$69.99

Order Now

Chanel Weave Blue



$179.99

Sale Price:

$69.00

Order Now

Chanel Classic design with chain straps. Fully lined



# Composite Exhibit "3"

CALL US: 516-884-2075 International: 516-921-9391

» Home » Shopping Cart » Contact Us



MY Classy Fashion

Search: [ ] Advanced search

Username [ ] Password [ ] Register

My Classy Fashion :: Chanel Handbags and Accessories

Printable version

## Categories

- Prada Handbags and Accessories
- Chloe Handbags
- Coach Handbags and Accessories
- Dooney & Burke Handbags
- Hermes Handbags
- Louis Vuitton Style Handbags and Accessories
- Fendi Handbags and Accessories
- Chanel Handbags and Accessories
- Gucci Handbags and Accessories
- Versace Handbags
- Designer Sunglasses
- Jewelry
- Skin Care and Beauty Products
- GOJI Health Juice

If Javascript is disabled in your browser click here

## Your cart

Cart is empty

View cart
Checkout
Wish list
Orders history

## Special

Gift certificates

## Help

- Privacy statement
- Terms & Conditions

Come shop for our CHANEL BAGS & Accessories variety of acclaimed inspired products. Our CHANEL BAGS and accessories is an excellent way to keep in line with contemporary vogue. Our range of CHANEL BAGS will surely look marvelous on you with tons of jealous eyes staring at you. No where else other than here will you find such good bargain on CHANEL BAGS. Look no longer as My Classy Fashion is the most reliable store in CHANEL BAGS.

## Chanel Handbags and Accessories



**Chanel Handbags**



Sort by: Product Price Default



See details

### CC White Quilted Handbag

Chanel white classic quilted handbag with black detail shoulder straps and piping. Classic trademark of chanel with zip pocket.

**Our price: $89.00**

Quantity 1

Buy Now Add to wish list



See details

### Chanel Black Bowling Bag

Sold out in most Chanel boutiques this item is the current style. The juicy Bowling bag has the usual seductive and glamorous Chanel appearance, soft to the touch and flavored by its classy and compact shape. choose your color!
white,pink

**Our price: $79.00**

Quantity 1

Buy Now Add to wish list

### Chanel Black Quilted Bag

markings. Fully lined

Reg price 525.00

**Our price: $99.00**

1