Designer inspired handbags, designer handbags, fashion accessories, discount beauty products, discount ...   Page 2 of 3



See details

Quantity 1

Buy Now    Add to wish list



See details

**Chanel Classic Black Handbag**

Classic black trademark design CC handbag. White "CC" on black leather. Shoulder straps. Fully lined with zip interior pocket.

**Our price: $89.00**

Quantity 1

Buy Now    Add to wish list



See details

**Chanel Hobo bag**

Hobo style bag with WHITE SHOULDER STRAPS.
Soft Leather
Fully lined with zip pocket
Reg price 625.00
15x9x4

**Our price: $110.00**

Quantity 1

Buy Now    Add to wish list



See details

**Chanel Key Ring**

Chanel key ring with decorative flowers. Can be used to decorate a handbag on shoulder straps as is the latest style.

**Our price: $8.99**

Quantity 1

Buy Now    Add to wish list

**Chanel Quilted Pink Handbag**

Classic Pink Chanel quilted bag. Leather trim. Fully lined.
Reg price 429.00

**Our price: $98.00**

**2**

Designer inspired handbags, designer handbags, fashion accessories, discount beauty products, discount ...  Page 3 of 3



See details

Quantity  1

Buy Now    Add to wish list



See details

**Chanel Small Wallet**

Smaller Chanel wallet holds credit cards money and small change

Market price: $24.99
Our price: $22.00 save 12%
Quantity  1

Buy Now    Add to wish list



See details

**Chanel Wallet**

Versitile Chanel style wallet with credit card holder. A great compliment with your new Chanel handbag.

Our price: $24.99
Quantity  1

Buy Now    Add to wish list



See details

**No.5 Necklace**

Classic necklace with chain included. A beautiful design

Our price: $24.99
Quantity  1

Buy Now    Add to wish list

Powered by X-Cart: online shopping cart

Copyright © 2003-2007 My Classy Fashion

**3**

Designer inspired handbags, designer handbags, fashion accessories, discount beauty products, discount ...  Page 1 of 2

CALL US: 516-884-2075  International: 516-921-9391          ➤ Home   ➤ Shopping Cart 🛒   ➤ Contact Us

 **MY Classy Fashion**

Search: [_____] ▶     Username [_____] Password [_____] ▶          Register
Advanced search    My Classy Fashion :: Designer Sunglasses                    Printable version 🖨

**Categories**

- Prada Handbags and Accessories
- Chloe Handbags
- Coach Handbags and Accessories
- Dooney & Burke Handbags
- Hermes Handbags
- Louis Vuitton Style Handbags and Accessories
- Fendi Handbags and Accessories
- Chanel Handbags and Accessories
- Gucci Handbags and Accessories
- Versace Handbags
- Designer Sunglasses
- Jewelry
- Skin Care and Beauty Products
- GOJI Health Juice

If Javascript is disabled in your browser click here

**Your cart**

🛒 **Cart is empty**

View cart
Checkout
Wish list
Orders history

**Bestsellers**

1. Dior Sunglasses
2. Chanel Sunglasses
3. Prada Sunglasses
4. Gucci Sunglasses
5. Coch Sunglasses

Only the best Designer Sunglasses !!
Gicci, Dior,Prada,Versace

**Designer Sunglasses**

Sort by:   Product   Price   ▲ Default

**Chanel Sunglasses**
Sunglasses with "CC" on side of frame
**Our price: $24.99**
Quantity [1] 🔢

[Buy Now]  [Add to wish list]

See details

**Coch Sunglasses**
sunglasses with designer markings on frames
**Our price: $22.00**
Quantity [1] 🔢

[Buy Now]  [Add to wish list]


See details

**Dior Sunglasses**
Designer sunglasses with "Dior" on frame
**Our price: $24.99**
Quantity [1] 🔢

[Buy Now]  [Add to wish list]


See details

**Gucci Singlasses**
sunglasses with designer on frame
**Our price: $22.00**
Quantity [1] 🔢

[Buy Now]  [Add to wish list]

See details

**4**

Designer inspired handbags, designer handbags, fashion accessories, discount beauty products, discount ...  Page 2 of 2

**Special**

Gift certificates

**Help**

* Privacy statement
* Terms & Conditions



See details

**Prada Sunglasses**

sunglasses come in blue, brown,pink, black

Our price: $18.99

Quantity  1

Buy Now    Add to wish list

Powered by X-Cart: online shopping cart

Copyright © 2003-2007 My Classy Fashion

**5**

Designer inspired handbags, designer handbags, fashion accessories, discount beauty products, discount ...  Page 1 of 3

CALL US: 516-884-2075  International: 516-921-9391          ✻ Home   ✻ Shopping Cart 🛒  ✻ Contact Us

 **MY Classy Fashion**

Search: [            ] ▶         Username [            ] Password [            ] ▶          Register

Advanced search         My Classy Fashion :: Jewelry                    Printable version 🖨

| Categories | My Description of the category |
|---|---|

**Categories**
- Prada Handbags and Accessories
- Chloe Handbags
- Coach Handbags and Accessories
- Dooney & Burke Handbags
- Hermes Handbags
- Louis Vuitton Style Handbags and Accessories
- Fendi Handbags and Accessories
- Chanel Handbags and Accessories
- Gucci Handbags and Accessories
- Versace Handbags
- Designer Sunglasses
- Jewelry
- Skin Care and Beauty Products
- GOJI Health Juice

If Javascript is disabled in your browser click here

**Your cart**

🛒 **Cart is empty**

View cart
Checkout
Wish list
Orders history

**Bestsellers**
1. Tiffany Silver Earrings
2. Chanel Studs
3. Christian Dior Handbag Necklace
4. Chanel Hanging Earrings
5. Christian Dior Necklace

My Description of the category

**Jewelry**

Sort by:    Product    Price    ▲ Default

Result pages:   1   2   3   ▶



See details

**Chanel Hanging Earrings**
Earrings with Chanel "CC" for pierced ears

**Our price: $24.00**
Quantity [1] 🔄

[Buy Now]      [Add to wish list]



See details

**Chanel Key Ring**
Key ring with dangling letter that spell Chanel

**Our price: $12.00**
Quantity [1] 🔄

[Buy Now]      [Add to wish list]



See details

**Chanel No 5 Necklace**
No 5 necklace and chain

**Our price: $24.99**
Quantity [1] 🔄

[Buy Now]      [Add to wish list]

**Chanel Studs**
Stud earrings Chanel Inspired

**Our price: $24.99**

**6**

Designer inspired handbags, designer handbags, fashion accessories, discount beauty products, discount ...  Page 2 of 3

**Special**
◆—
   Gift certificates

**Help**
◆—
   ◈ Privacy statement
   ◈ Terms & Conditions

Quantity [1] ▢

[Buy Now] [Add to wish list]



See details



See details

**Christian Dior Handbag Necklace**
"Dior" engraved in front flap of purse. Silver chain included

**Our price: $24.00**
Quantity [1] ▢

[Buy Now] [Add to wish list]



See details

**Christian Dior Necklace**
Dior necklack with 18" silver chain

**Our price: $26.00**
Quantity [1] ▢

[Buy Now] [Add to wish list]



See details

**Circle of Life**
Single row of diamonds. Chain included

**Our price: $24.99**
Quantity [1] ▢

[Buy Now] [Add to wish list]



See details

**Co Key Ring**
Sturdy keyring with letters that spell Co

**Our price: $12.00**
Quantity [1] ▢

[Buy Now] [Add to wish list]

**7**

5/7/2007

Designer inspired handbags, designer handbags, fashion accessories, discount beauty products, discount ...   Page 3 of 3



**David Yruman**

Cable ring with colored stones.
State color with order
Pink,Green,White,Blue,Purple
Sizes 6,7,8,9,10

**Our price: $14.99**

Quantity  1

See details

[ Buy Now ]    [ Add to wish list ]



**David Yurman Necklace**

Yurman bracelet with gold/silver squares on ends

**Our price: $34.99**

Quantity  1

See details

[ Buy Now ]    [ Add to wish list ]

Result pages:    **1**  2  3  ▶

Powered by X-Cart: online shopping cart                    Copyright © 2003-2007 My Classy Fashion

**8**

Designer inspired handbags, designer handbags, fashion accessories, discount beauty products, discount ...  Page 1 of 1

CALL US: 516-884-2075  International: 516-921-9391        ⋊ Home    ⋊ Shopping Cart 🛒    ⋊ Contact Us

 **MY Classy Fashion**

Search: [_____] 🔍            Username [_____] Password [_____] 🔍            <u>Register</u>
            <u>Advanced search</u>

**Categories**

- Prada Handbags and Accessories
- Chloe Handbags
- Coach Handbags and Accessories
- Dooney & Burke Handbags
- Hermes Handbags
- Louis Vuitton Style Handbags and Accessories
- Fendi Handbags and Accessories
- Chanel Handbags and Accessories
- Gucci Handbags and Accessories
- Versace Handbags
- Designer Sunglasses
- Jewelry
- Skin Care and Beauty Products
- GOJI Health Juice

If Javascript is disabled in your browser click here



You've discovered the discerning Internet shopper's favorite place for **designer handbags** of such quality and attention to detail that they challenge you to tell the difference from the very designer handbags that inspired them. Along with these stunning fashion accessories, you'll find everything from discount beauty products and discount cosmetics to fashion jewelry and Goji juice. How's that for a great variety of essentials? Lovers of designer jewelry and designer sunglasses frequent our shop, too, as do seekers of discount skin care products and discount designer clothing. From discount skin care and designer clothing to "designer" health juice, we're all about designer fashion... everything! We look forward to serving you.

---

**Bestsellers**

1. Dior Sunglasses
2. Chanel Sunglasses
3. Black Dooney & Burke Monogram Tote
4. Prada Sunglasses
5. Gucci Singlasses

**Special**

Gift certificates

**Help**

- Privacy statement
- Terms & Conditions


Contact Us
click here

**9**

Powered by X-Cart: online shopping cart              Copyright © 2003-2007 My Classy Fashion