Designer inspired handbags, designer handbags, fashion accessories, discount beauty products, discount ...    Page 1 of 2

CALL US: 516-884-2075  International: 516-921-9391           » Home    » Shopping Cart    » Contact Us

 **MY Classy Fashion**

Search: [_____] ▶    Username [_____]  Password [_____] ▶                    Register
         Advanced search    My Classy Fashion :: Help zone

**Categories**

- Prada Handbags and Accessories
- Chloe Handbags
- Coach Handbags and Accessories
- Dooney & Burke Handbags
- Hermes Handbags Louis Vuitton Style
- Handbags and Accessories
- Fendi Handbags and Accessories
- Chanel Handbags and Accessories
- Gucci Handbags and Accessories
- Versace Handbags
- Designer Sunglasses
- Jewelry
- Skin Care and Beauty Products
- GOJI Health Juice

If Javascript is disabled in your browser click here.

**Your cart**

 🛒 Cart is empty

View cart
Checkout
Wish list
Orders history

**Special**

Gift certificates

**Help**

- Privacy statement
- Terms & Conditions

### Help zone

**Privacy statement**

We respect your privacy!
Any and all the information collected on this site will be kept strictly confidential and will not be sold, reused, rented, disclosed, or loaned!
Any information you provide will be held with the utmost care and will not be used in ways that you have not consented to. If you have any questions, please feel free to call or email us.

Edit the language variable 'txt_privacy_statement' from 'Languages' menu in the admin area to modify the text above.

**10**

Designer inspired handbags, designer handbags, fashion accessories, discount beauty products, discount ...   Page 1 of 2

CALL US: 516-884-2075  International: 516-921-9391          » Home   » Shopping Cart   » Contact Us

 **MY Classy Fashion**

Search: [        ]   Username [        ]  Password [        ]                    Register
        Advanced search   My Classy Fashion :: Help zone

**Categories**

- Prada Handbags and Accessories
- Chloe Handbags
- Coach Handbags and Accessories
- Dooney & Burke Handbags
- Hermes Handbags
- Louis Vuitton Style Handbags and Accessories
- Fendi Handbags and Accessories
- Chanel Handbags and Accessories
- Gucci Handbags and Accessories
- Versace Handbags
- Designer Sunglasses
- Jewelry
- Skin Care and Beauty Products
- GOJI Health Juice

If Javascript is disabled in your browser click here

**Your cart**

🛒  Cart is empty

View cart
Checkout
Wish list
Orders history

**Special**

Gift certificates

**Help**

- Privacy statement
- Terms & Conditions

## Help zone

**Terms & Conditions**

TERMS & CONDITIONS

Place terms and conditions for your customers here. To change this text, please edit the language variable 'txt_conditions_customer' from 'Languages' menu in the admin area.

**11**

http://www.myclassyfashion.com/store/help.php?section=conditions                                        5/7/2007

Designer inspired handbags, designer handbags, fashion accessories, discount beauty products, discount ...    Page 1 of 2

CALL US: 516-884-2075  International: 516-921-9391           » Home    » Shopping Cart 🛒    » Contact Us

# MY CLASSY Fashion

Search: [      ] ▶          Username [      ]   Password [      ] ▶           Register
         Advanced search    My Classy Fashion :: Help zone

**Categories**

- Prada Handbags and Accessories
- Chloe Handbags
- Coach Handbags and Accessories
- Dooney & Burke Handbags
- Hermes Handbags
- Louis Vuitton Style Handbags and Accessories
- Fendi Handbags and Accessories
- Chanel Handbags and Accessories
- Gucci Handbags and Accessories
- Versace Handbags
- Designer Sunglasses
- Jewelry
- Skin Care and Beauty Products
- GOJI Health Juice

If Javascript is disabled in your browser click here

**Your cart**

🛒  Cart is empty

View cart
Checkout
Wish list
Orders history

**Special**

Gift certificates

**Help**

- Privacy statement
- Terms & Conditions

## Help zone

You can send a message to us using the form below.

**Contact us**

| Field | | |
|---|---|---|
| Username | * | [      ] |
| Title | * | Mr. ▼ |
| First Name | * | [      ] |
| Last Name | * | [      ] |
| Company | | [      ] |
| Address | * | [      ] |
| Address (line 2) | | [      ] |
| City | * | [      ] |
| State | * | Other ▼ |
| Country | * | United States ▼ |
| Zip/Postal code | * | [      ] |
| Phone | * | [      ] |
| E-Mail | * | [      ] |
| Fax | | [      ] |
| Web site | | http:// |
| Department | * | All ▼ |
| Subject | * | [      ] |
| Message | * | [      ] |

Image verification

Type the characters you see in the picture

`4 8 9 5 3`    [      ]

**12**

http://www.myclassyfashion.com/store/help.php?section=contactus&mode=update         5/7/2007

Composite Exhibit "4"

# CHANEL

January 13, 2005

**BY EMAIL & CERTIFIED MAIL
RETURN RECEIPT REQUESTED**
beautyfashions1@yahoo.com

Linda Allen
342 Cold Spring Road
Syossett, NY 11791

Re: Sale of Counterfeit CHANEL Merchandise

Dear Ms. Allen:

I am writing on behalf of Chanel, Inc. ("Chanel").

Chanel is the owner of the world famous CHANEL and CC Monogram trademarks (the "Chanel Marks"). Chanel owns numerous federal trademark registrations for the Chanel Marks. These registrations constitute conclusive evidence of our ownership of the Chanel Marks, as well as Chanel's exclusive right to use these Marks. As a matter of federal law, these trademark registrations have put you on constructive notice of Chanel's rights in the Marks.

It has come to our attention that you have been advertising and offering for sale handbags which bear counterfeit Chanel marks. We are aware that you have advertised and sold these goods through www.europeanbeautyfashions.com.

Your conduct in offering for sale and selling unauthorized products bearing the Chanel Marks constitutes civil trademark counterfeiting under state and federal law and may also subject you to criminal penalties. The civil remedies available to Chanel may include the seizure and destruction of your goods, an injunction prohibiting your further use of the Chanel Marks, payment of Chanel's attorney fees, and payment to Chanel of three times the amount of money that you made from your sale of counterfeit Chanel merchandise.

In view of the foregoing, we request that you provide us with the following information if you are inclined to resolve this matter on an amicable basis:

1. The identity of the source of all products that you have offered to sell or sold bearing the Chanel Marks;

2. A description of all products that you have sold bearing the Chanel Marks;

3. An accounting of all products sold bearing the Chanel Marks, including the number of products sold, your purchase price for each piece of merchandise you sold, and the sale price that you received for each item sold;

4. A detailed list of all products that you have in inventory bearing the Chanel Marks and the location of the inventory;

5. The names of all purchasers to whom you have sold the counterfeit Chanel products.

In addition to this information we must receive from you a written representation that you will:

    a. cease and desist from your sale of counterfeit or unauthorized merchandise bearing the Chanel Marks;

    b. deliver up to us for destruction all remaining inventory that you have of good bearing the Chanel Marks;

    c. reimburse Chanel for all monies spent in investigating your sale of counterfeit or unauthorized merchandise bearing the Chanel Marks; and

    d. provide payment to Chanel of all monies you received from the sale of said merchandise.

We anticipate receiving the requested information, materials and representations from you within two (2) weeks of the date of this letter. If such is not the case, we will have no alternative but to refer this matter for further legal action.

This letter is written without waiver of any of Chanel's rights or remedies, all of which are expressly reserved.

Very truly yours,

*Lynnette Olea (JP)*

Lynnette Oka

2

CH0010

Lynnette Oka

01/13/2005 04:13 PM

To: beautyfashions1@yahoo.com
cc:
Subject: Sale of Counterfeit CHANEL Merchandise

Linda Allen
342 Cold Spring Road
Syossett, NY 11791

Re:    Sale of Counterfeit CHANEL Merchandise

Dear Ms. Allen:

I am writing on behalf of Chanel, Inc. ("Chanel").

Chanel is the owner of the world famous CHANEL and CC Monogram trademarks (the "Chanel Marks"). Chanel owns numerous federal trademark registrations for the Chanel Marks. These registrations constitute conclusive evidence of our ownership of the Chanel Marks, as well as Chanel's exclusive right to use these Marks. As a matter of federal law, these trademark registrations have put you on constructive notice of Chanel's rights in the Marks.

It has come to our attention that you have been advertising and offering for sale handbags which bear counterfeit Chanel marks. We are aware that you have advertised and sold these goods through www.europeanbeautyfashions.com.

Your conduct in offering for sale and selling unauthorized products bearing the Chanel Marks constitutes civil trademark counterfeiting under state and federal law and may also subject you to criminal penalties. The civil remedies available to Chanel may include the seizure and destruction of your goods, an injunction prohibiting your further use of the Chanel Marks, payment of Chanel's attorney fees, and payment to Chanel of <u>three times</u> the amount of money that you made from your sale of counterfeit Chanel merchandise.

In view of the foregoing, we request that you provide us with the following information if you are inclined to resolve this matter on an amicable basis:

1.    The identity of the source of all products that you have offered to sell or sold bearing the Chanel Marks;

2.    A description of all products that you have sold bearing the Chanel Marks;

3.    An accounting of all products sold bearing the Chanel Marks, including the number of products sold, your purchase price for each piece of merchandise you sold, and the sale price that you received for each item sold;

4.    A detailed list of all products that you have in inventory bearing the Chanel Marks and the location of the inventory;

**3**

CH0013