Exhibit "5"

Case 1:07-cv-04858-NRB    Document 16-12    Filed 04/09/2008    Page 1 of 5



**Lynnette Oka**

02/18/2005 12:37 PM

To: Linda Allen <beautyfashions1@yahoo.com>@INT_CHANEL
cc: Lynnette Oka/US/CHANEL@US_CHANEL
Subject: Re: Sale of Counterfeit CHANEL Merchandise

Dear Ms. Allen,

Again, we request that all pages containing unauthorized Chanel be removed. Search engines and shopping sites such as shopzilla.com still go to the pages listed in my previous email. The Chanel counterfeits can still be put into the shopping cart on your site. Further, we again request that you provide us with the information as set forth in my previous email below.

Thank you. Lynnette Oka

Linda Allen <beautyfashions1@yahoo.com>



**Linda Allen <beautyfashions1@yahoo.com>**

01/26/2005 08:58 PM

To: Lynnette Oka/US/CHANEL@US_CHANEL
cc:
Subject: Re: Sale of Counterfeit CHANEL Merchandise

Lynette,

We weren't aware that html were still available on our website. We have fully removed Chanel from our website.

Thank You,

European Beauty Fashions

*Lynnette.Oka@chanelusa.com* wrote:

Dear Ms. Allen,

While we take issue with your assertion that you "recieved no orders as of yet" (as we have an example in our possession), we see that you have partially removed the offending merchandise from your site. However, pages containing counterfeit Chanel and references to Chanel still exist with the ability to place the items into the shopping cart on your site including the following:
http://europeanbeautyfashions.com/chanel.html
http://store.europeanbeautyfashions.com/index.html
http://search.store.yahoo.com/cgi-bin/nsearch?catalog=yhst-40361160047061&query=chanel&.autodone=http%3A%2F%2Fstore.europeanbeautyfashions.com%2Fnsearch.html

Again, we request that you immediately:
1) Remove/delete all pages and containing counterfeit or unauthorized

**1**

Chanel items
2) Provide the name and contact information of the source
3) Confirm that you will no longer sell counterfeit or unauthorized merchandise bearing Chanel marks.
5) Deliver to us for destruction all remaining inventory bearing Chanel marks at:
Chanel, Inc.
Legal Department
9 West 57th Street
New York, NY 10019

Thank you.
Lynnette Oka



Linda Allen
yahoo.com> cc:
Subject: Re: Sale of Counterfeit CHANEL Merchandise
01/16/2005 07:48
PM




I wasn't aware of your policy, since i now know I took the page off the site. I downloaded the pictures from another site I do not have inverntory. And I recieved no orders as of yet. Thank you.

Lynnette.Oka@chanelusa.com wrote:
Linda Allen
342 Cold Spring Road
Syossett, NY 11791

Re: Sale of Counterfeit CHANEL Merchandise

Dear Ms. Allen:

I am writing on behalf of Chanel, Inc. ("Chanel").

Chanel is the owner of the world famous CHANEL and CC Monogram trademarks (the "Chanel Marks"). Chanel owns numerous federal trademark

**2**

registrations for the Chanel Marks. These registrations constitute conclusive evidence of our ownership of the Chanel Marks, as well as Chanel's exclusive right to use these Marks. As a matter of federal law, these trademark registrations have put you on constructive notice of Chanel's rights in the Marks.

It has come to our attention that you have been advertising and offering for sale handbags which bear counterfeit Chanel marks. We are aware that you have advertised and sold these goods through www.europeanbeautyfashions.com.

Your conduct in offering for sale and selling unauthorized products bearing the Chanel Marks constitutes civil trademark counterfeiting under state and federal law and may also subject you to criminal penalties. The civil remedies available to Chanel may include the seizure and destruction of your goods, an injunction prohibiting your further use of the Chanel Marks, payment of Chanel's attorney fees, and payment to Chanel of three times the amount of money that you made from your sale of counterfeit Chanel merchandise.

In view of the foregoing, we request that you provide us with the following information if you are inclined to resolve this matter on an amicable basis:

1. The identity of the source of all products that you have offered to sell or sold bearing the Chanel Marks;

2. A description of all products that you have sold bearing the Chanel Marks;

3. An accounting of all products sold bearing the Chanel Marks, including the number of products sold, your purchase price for each piece of merchandise you sold, and the sale price that you received for each item sold;

4. A detailed list of all products that you have in inventory bearing the Chanel Marks and the location of the inventory;

5. The names of all purchasers to whom you have sold the counterfeit Chanel products.

In addition to this information we must receive from you a written representation that you will:

3

a. cease and desist from your sale of counterfeit or unauthorized merchandise bearing the Chanel Marks;

b. deliver up to us for destruction all remaining inventory that you have of good bearing the Chanel Marks;

c. reimburse Chanel for all monies spent in investigating your sale of counterfeit or unauthorized merchandise bearing the Chanel Marks; and

d. provide payment to Chanel of all monies you received from the sale of said merchandise.

We anticipate receiving the requested information, materials and representations from you within two (2) weeks of the date of this letter. If such is not the case, we will have no alternative but to refer this matter for further legal action.

This letter is written without waiver of any of Chanel's rights or remedies, all of which are expressly reserved.

Very truly yours,
Lynnette Oka

**4**