Exhibit "6"

Designer inspired handbags, designer handbags, fashion accessories, discount beauty products, discount ...

CALL US: 516-449-9000   International: 516-921-9391

» Home   » Shopping Cart   » Contact Us

 **MY Classy Fashion**

Search: [____] ▶
Advanced search

Username [____]   Password [____] ▶   Register

### Categories

- Age Intervention Eyelash Conditioner
- Dolce & Gabbana
- Juicy Couture
- Miscellanous/Sales
- Prada Handbags and Accessories
- Chloe Handbags
- Men's Section
- Coach Handbags and Accessories
- Dooney & Burke Handbags
- Hermes Handbags
- Fendi Handbags and Accessories
- Gucci Handbags and Accessories
- Versace Handbags
- Designer Sunglasses
- Jewelry
- Skin Care and Beauty Products
- Return Policy/Disclaimer

If Javascript is disabled in your browser click here







You've discovered the discerning Internet shopper's favorite place for **designer handbags** of such quality and attention to detail that they challenge you to tell the difference from the very designer handbags that inspired them.

Along with these stunning fashion accessories, you'll find everything from discount beauty products and discount cosmetics to fashion jewelry. How's that for a great variety of essentials?

Lovers of designer jewelry and designer sunglasses frequent our shop, as do seekers of discount skin care products and discount designer accessories.

We look forward to serving you.

 1% of all proceeds donated to the American Cancer Society

### Bestsellers
1. Dior Sunglasses
2. Coach Wallet
3. Caoch Wallet
4. Coach Brown Wristlet
5. Tiffany Tag Bracelet

### Special
Gift certificates
Special offers

### Help
» Privacy statement
» Terms & Conditions

### News
No news available at the moment

E-mail: [____] Subscribe


Contact Us click here »



**2**