# Exhibit "7"

