**GIBNEY, ANTHONY & FLAHERTY, LLP**
John Macaluso (JM-2058)
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: jmacaluso@gibney.com

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail: stephen@smgpa.net

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> LINDA ALLEN a/k/a LINDA ROONEY a/k/a COURTNEY ALLEN d/b/a EUROPEANBEAUTYFASHIONS.COM d/b/a EUROPEAN BEAUTY FASHIONS d/b/a MYCLASSYFASHION.COM d/b/a MY CLASSY FASHION d/b/a ULTIMATEDESIGNERSHANDBAGS.COM d/b/a ULTIMATE DESIGNER HANDBAGS and DOES 1-10, <br><br> Defendants. | CASE NO. 07-cv-4858 (NRB) <br><br> **DECLARATION OF JOHN MACALUSO IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR DAMAGES** |

I, John Macaluso, declare and state as follows:

1. I am an attorney duly licensed to practice law before the courts of the State of New York and before this Court. I am a Partner in the law firm of Gibney, Anthony & Flaherty, LLP, counsel of record for Plaintiff Chanel, Inc. ("Chanel"). The matters stated herein are true

and correct of my own personal knowledge and, if called as a witness, I would testify competently thereto.

2.  I make this declaration in support of Chanel's Memorandum of Points and Authorities in Support of Request for Damages against Defendant Linda Allen a/k/a Linda Rooney a/k/a Courtney Allen d/b/a European Beauty Fashions d/b/a EuropeanBeautyFashions.com d/b/a My Classy Fashion d/b/a MyClassyFashion.com d/b/a UltimateDesignersHandbags.com d/b/a Ultimate Designer Handbag ("Defendant" or "Allen").

3.  I have been an attorney for over 17 years and I have extensive litigation experience. I have been handling trademark litigation matters throughout the course of my practice.

4.  I began working on this action in June 2007, although the matter and investigation were commenced by Chanel's Florida counsel, Stephen M. Gaffigan.

5.  From June 2007 to the present, my firm invoiced Chanel a total of 60.35 hours. Total fees charged to Chanel by this firm are $11,834.50. A copy of the billing breakdown is attached hereto as Exhibit 1.

6.  My hourly billing rate is $375, which is either equal to or less than the prevailing or comparable rate in the Southern District of New York where this action was filed.

7.  Some hours in this matter were discounted as a professional courtesy.

8.  All attorney time incurred in this matter relates to the gathering of information, preparation of documents and pleadings, and other litigation related legal services. I made every reasonable effort to minimize hours spent on the case, and the fee requested is equal to or below the amount spent on similar past cases.

9. We also incurred costs in the amount of $350.00 in connection with the filing of this action.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed the 9th day of April, 2008, at New York, New York.

*John Macaluso*
John Macaluso

# EXHIBIT 1

| Matter ID:10643-00006 | Chanel v. Europeanbeautyfashion.com | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Total Hours | Value |
| A. Celeste Van Eepoel | Associate | $240.00 | 2.30 | $552.00 |
| Christina L. Gardner | Associate | $160.00 | 15.15 | $2,137.00 |
| John Macaluso | Partner | $375.00 | 17.70 | $6,470.50 |
| Matthew W. Carlin | Associate | $280.00 | 6.20 | $1,692.00 |
| Tina A. Ferraioli | Paralegal | $150.00 | 19.00 | $2,777.00 |
| | | | 60.35 | $13,628.50 |
| | | | Less Professional Discount | ($1,794.00) |
| | | | Total Value Billed | $11,834.50 |