# EXHIBIT "1"

WHOIS Search provides domain registration information from Network Solutions                Page 1 of 3

# NetworkSolutions.

## WHOIS Search Results

**GET A FREE DOMAIN** for the life of any annual Web Hosting Package  » LEARN MORE



Join Us in Supporting Those Affected by Hurricane Katrina

**WHOIS Record For**

ultimatedesignershandbags.com

[IMAGE NOT AVAILABLE]

Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

```
Domain Name.......... ultimatedesignershandbags.com
   Creation Date....... 2005-03-25
   Registration Date... 2005-03-25
   Expiry Date......... 2007-03-25
   Organisation Name.... Courtney Allen
   Organisation Address. 342 cold spring rd
   Organisation Address.
   Organisation Address. syosset
   Organisation Address. 11791
   Organisation Address. NY
   Organisation Address. UNITED STATES

Admin Name........... Courtney Allen
Admin Address........ 342 cold spring rd
Admin Address........
Admin Address........ syosset
Admin Address........ 11791
Admin Address........ NY
Admin Address........ UNITED STATES
Admin Email.......... designerbags15@aol.com
Admin Phone.......... +1.5166350004
Admin Fax............

Tech Name............ YahooDomains TechContact
Tech Address......... 701 First Ave.
Tech Address.........
```

**View Order**

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NAME**

| | | |
|---|---|---|
| ultimatedesi... | ☑ | .net |
| ultimatedesi... | ☑ | .org |
| ultimatedesi... | ☑ | .info |
| ultimatedesi... | ☑ | .biz |
| ultimatedesi... | ☑ | .tv |
| ultimatedesi... | ☑ | .us |
| ultimatedesi... | ☑ | .cc |
| ultimatedesi... | ☑ | .ws |
| ultimatedesi... | ☑ | .bz |
| ultimatedesi... | ☑ | .vg |
| ultimatedesi... | ☑ | .gs |
| ultimatedesi... | ☑ | .tc |
| ultimatedesi... | ☑ | .ms |

[Continue]

**SEARCH AGAIN**

Enter a search term:

[          ]

e.g. networksolutions.com

Search by:
● Domain Name
○ NIC Handle
○ IP Address

[Search]

WHOIS Search provides domain registration information from Network Solutions    Page 2 of 3

```
Tech Address......... Sunnyvale
Tech Address......... 94089
Tech Address......... CA
Tech Address......... UNITED STATES
Tech Email........... domain.tech@YAHOO-INC.COM
Tech Phone........... +1.6198813096
Tech Fax............. +1.6198813010
Name Server.......... yns1.yahoo.com
Name Server.......... yns2.yahoo.com
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | MELBOURNE IT, LTD. D/B/A INTERNET NAMES WORLDWIDE |
| IP Address: | 66.218.79.172  (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-SUNNYVALE |
| Record Type: | Domain Name |
| Server Type: | Other |
| Lock Status: | ACTIVE |
| Web Site Status: | Active |
| DMOZ | no listings |
| YI Directory: | see listings |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | Not available |
| Data as of: | 14-Jun-2005 |

 **Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.


 **Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.



Secure Your Site with an SSL Certificate
© Copyright 2005 Network Solutions. All rights reserved.

# EXHIBIT "2"

MyClassyFashion.com My Classy Fashion                                                                  Page 1 of 2

launches **Psychic Whois** AJAX-ified                                 Welcome **Guest!**   Login/Join

| Whois myclassyfashion.com | Domain Suggestions | For Sale | Auctions | Advanced Auctions | Domain Search | Domain Monitor |
| Domain Directory | Ping | Traceroute | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo New! | XML API |

**Sponsored Ads**

Web Hosting Unleashed — OVER 5,000 REVIEWS OF WEB HOSTS — SUBMIT YOUR REVIEW — TOP WEB HOSTS

Domain RoundTable — Aug 13th-15th

Using Alexa? Then you'll love compete.com — SPONSOR US

**DomainTools Blog:** Cinco de Mayo at DomainTools - Posted 3 days ago                                        Next ▶

## Whois for Myclassyfashion.com ( My Classy Fashion )

**Front Page Information**

| | |
|---|---|
| **Website Title:** | Designer inspired handbags, designer handbags, fashion accessories, discount beauty products, discount cosmetics |
| **Record Type:** | Domain Name |
| **Meta Description:** | MyClassyFashion.Com offers you the finest Designer inspired handbags available and other products including designer handbags, fashion accessories, discount beauty products and much more, come on in! |
| **Meta Keywords:** | designer handbags, fashion accessories, discount beauty products, discount cosmetics, fashion jewelry, goji juice, designer fashion, designer jewelry, discount skin care, discount skin care products, designer sunglasses, designer clothing, discount |
| **AboutUs:** | Wiki article on Myclassyfashion.com |

**Indexed Data**

| | |
|---|---|
| **Alexa Trend/Rank:** | ⇧ 1,810,126 (1 Month)  3,527,977 (3 Month) |

**Server Data**

| | |
|---|---|
| **Server Type:** | WebServerX |
| **IP Address:** | 72.29.73.203 [W][R][P][D][T] |
| **IP Location:** | - Florida - Orlando - Hostdime.com Inc |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **SSL Cert:** | onsite.net.gr SSL is expired! |
| **Website Status:** | Active |

**Registry Data**

| | |
|---|---|
| **ICANN Registrar:** | GO DADDY SOFTWARE, INC. |
| | 06-mar-2007 |

**Add Missing Thumbnail**

Add Thumbnail (usually in under 2 hours)

**Other TLDs**                                                 Toggle Key

| .com | .net | .org | .info | .biz | .us |

**Customize This Page**

Select the items you want to be shown on this page. Login to save preferences.

☑ Front Page           ☑ Indexed Data
☑ Server Data          ☑ Registry Data
☑ Exclusive Data

**Backorder**

Set a backorder so you can own myclassyfashion.com when it becomes available.

**Domains At Auction**

| Domain | Auction Date |
|---|---|
| JulesClassyCards.com | 05-07-2007 |
| ClassyCc.com | 05-08-2007 |

**Compare Similar Domains**

| Domain | Creation |
|---|---|
| My Cl.com | 1999-04-26 |
| My Ck Resource.com | 2002-03-04 |
| My Cla As.com | 2003-12-16 |
| My C Kricket.com | 2004-02-16 |
| My C Korea.com | 2004-10-08 |

MyClassyFashion.com My Classy Fashion                                                Page 2 of 2

| | |
|---|---|
| **Created:** | |
| **Expires:** | 06-mar-2009 |
| **Registrar Status:** | clientDeleteProhibited |
| **Whois Server:** | whois.godaddy.com |
| **Name Server:** | NS2.FORVERA.COM |

**DomainTools Exclusive**

| | |
|---|---|
| **NS History:** | 2 changes. Using 2 unique name servers in 0 years. |
| **IP History:** | 1 change. Using 1 unique IP address in 0 years. |
| **Reverse IP:** | 358 other sites hosted on this server. |
| **Monitor Domain:** | Set Free Alerts on myclassyfashion.com |
| **Free Tool:** | Download DomainTools for Windows |

| Domain | Date |
|---|---|
| My Clackamas.com | 2005-03-09 |
| My Ck Trade.com | 2005-07-19 |
| My Ck Y.com | 2006-01-04 |
| My Ck Y - Na Dobi.com | 2006-02-28 |
| My Cl 2.com | 2006-03-11 |
| My Cla.com | 2006-04-25 |
| My Cl Ac.com | 2006-04-30 |
| My Clackamas Homes.com | 2006-06-22 |
| My Clad.com | 2006-08-12 |
| My Clackamas Home Value. | 2006-09-25 |
| My Ck O E Rewards.com | 2006-10-19 |
| My Cl Ab.com | 2006-11-05 |
| My Ck Rike T.com | 2006-11-20 |
| My Ck Wheels.com | 2006-12-18 |
| My C Kp.com | 2007-01-27 |

**Whois Record**

```
Registrant:
 Linda Allen
 342 Cold Spring Rd
 Syosset, New York 11791
 United States

 Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
 Domain Name: MYCLASSYFASHION.COM
  Created on: 06-Mar-07
  Expires on: 06-Mar-09
  Last Updated on: 13-Apr-07

 Administrative Contact:
  Allen, Linda   frog942@aol.com
  342 Cold Spring Rd
  Syosset, New York 11791
  United States
  (516) 921-0836

 Technical Contact:
  Allen, Linda   frog942@aol.com
  342 Cold Spring Rd
  Syosset, New York 11791
  United States
  (516) 921-0836

 Domain servers in listed order:
 NS1.FORVERA.COM
 NS2.FORVERA.COM
```

# EXHIBIT "3"





CALL US: 515-884-2075 International: 515-921-9391

» Home » Shopping Cart » Contact Us

MY Classy Fashion

Search: Advanced search

Username Password Register

My Classy Fashion :: Jewelry Printable version

**Categories**

- Prada Handbags and Accessories
- Chloe Handbags
- Coach Handbags and Accessories
- Dooney & Burke Handbags
- Hermes Handbags
- Louis Vuitton Style Handbags and Accessories
- Fendi Handbags and Accessories
- Gucci Handbags and Accessories
- Versace Handbags
- Designer Sunglasses
- Jewelry
- Skin Care and Beauty Products

**Your cart**

Cart is empty

- View cart
- Checkout
- Wish list
- Orders history

**Bestsellers**

1. Tiffany Silver Earrings
2. Chanel Studs
3. Christian Dior Handbag Necklace
4. Chanel Hanging Earrings
5. Christian Dior Necklace

**Special**

- Gift certificates

**Help**

- Privacy statement
- Terms & Conditions

My Description of the category

## Jewelry

Sort by: Product Price Default

Result pages: 1

See details

**Chanel Hanging Earrings**

Earrings with Chanel "CC" for pierced ears

**Our price: $24.00**

Quantity 1

Buy Now | Add to wish list

See details

**Chanel Key Ring**

Key ring with dangling letter that spell Chanel

**Our price: $12.00**

Quantity 1

Buy Now | Add to wish list

See details

**Chanel No 5 Necklace**

No 5 necklace and chain

**Our price: $24.99**

Quantity 1

Buy Now | Add to wish list

See details

**Chanel Studs**

Stud earrings Chanel inspired

**Our price: $24.99**

Quantity 1

Buy Now | Add to wish list

See details

**Christian Dior Handbag Necklace**

"Dior" engraved in front flap of purse. Silver chain included

**Our price: $24.00**

Quantity 1

Buy Now | Add to wish list

See details

**Christian Dior Necklace**

Dior necklace with 18" silver chain

**Our price: $26.00**

Quantity 1

Buy Now | Add to wish list

See details

**Circle of Life**

Single row of diamonds. Chain included

**Our price: $24.99**

Quantity 1

Buy Now | Add to wish list

**Co Key Ring**
Sturdy keyring with letters that spell Co
Our price: $12.00
Quantity 1
Buy Now    Add to wish list

**David Yruman**
Cable ring with colored stones.
State color with order
Pink, Green, White, Blue, Purple
Sizes 6,7,8,9,10
Our price: $14.99
Quantity 1
Buy Now    Add to wish list

**David Yurman Necklace**
Yurman bracelet with gold/silver squares on ends
Our price: $34.99
Quantity 1
Buy Now    Add to wish list

Result pages: 1

Powered by X-Cart: online shopping cart            Copyright © 2005-2007 My Classy Fashion

CALL US: 516-894-2075  International: 516-921-9391         » Home   » Shopping Cart 🛒   » Contact Us

# MY Classy Fashion

Search: [____] ▶                Username [____] Password [____] ▶                    Register
Advanced search         My Classy Fashion :: Jewelry :: Chanel Hanging Earrings                Printable version

### Categories
- Prada Handbags and Accessories
- Chloe Handbags
- Coach Handbags and Accessories
- Dooney & Burke Handbags
- Hermes Handbags
- Louis Vuitton Style Handbags and Accessories
- Fendi Handbags and Accessories
- Gucci Handbags and Accessories
- Versace Handbags
- Designer Sunglasses
- Jewelry
- Skin Care and Beauty Products

If you cannot find what you are looking for, click here

### Chanel Hanging Earrings



Earrings with Chanel "CC" for pierced ears

**Details**
SKU: CH 1
Quantity in stock: 998 item(s) available
Price: $24.00

**Options**

Quantity [1]

[Add to cart]  [Add to wish list]

### Your cart
Items: 1
Total: $24.00

- View cart
- Checkout
- Wish list
- Orders history

### Bestsellers
1. Tiffany Silver Earrings
2. Chanel Studs
3. Christian Dior Handbag Necklace
4. Chanel Hanging Earrings
5. Christian Dior Necklace

### Special
- Gift certificates

### Help
- Privacy statement
- Terms & Conditions

### Send to friend
Your name: *[____]
Your e-mail: *[____]
Recipient's email: *[____]

[Send to friend]

### Recommended products list

Customers who bought this product also bought the following products:
- Hermes Brown Bag
- Fendi Small Purse
- Gucci Scarf Handbag
- Gucci Signature Flap WhiteTrim Handbag
- LV Belt
- LV bucket
- Co tan belt
- Dolce &Gabanna
- Co Pebble Tote
- Gallery Pouch

### Customer feedback

**Product rating**

Voting  [Select your rating...] [Rate it!]

### Customer Reviews

There have been no reviews for this product.

**Add your review here**

Your name: *[____]

Your message: *[____]

Type the characters you see in the picture:

6 3 4 7 1  [____]

Get a different code

[Add review]

Powered by X-Cart: online shopping cart                        Copyright © 2003-2007 My Classy Fashion

CALL US: 516-884-2075  International: 516-921-9391   » Home   » Shopping Cart   » Contact Us

# MY Classy Fashion

Continue shopping    Checkout ▶

**Your shopping cart**

The items below are currently in your shopping cart. To remove any item click "Delete item". To checkout, please click "Checkout". Please note that Delivery method is ignored if you are ordering Gift Certificates or Electronically distributed products.

**Items**



**Chanel Hanging Earrings**
Earrings with Chanel "CC" for pierced ears

$24.00 x [1]  = $24.00

Delete item ▶

SUBTOTAL:  $24.00

Update ▶   Clear cart ▶                            Checkout ▶

If you have a valid discount coupon, you can enter it below, the store will deduct the discount amount from your total order.

**Redeem a discount coupon**

Coupon code [       ]
Submit ▶

Powered by X-Cart: online shopping cart                Copyright © 2005-2007 My Classy Fashion







CALL US: 515-884-2075 International: 515-971-9391

» Home » Shopping Cart » Contact Us

MY Classy Fashion

Your cart | Personal details | Shipping & Payment | Place order

**Information**

Profile has been successfully created

## Shipping & Payment

### Shipping & Payment

**Shipping Address**

199 New Road #51-109
Linwood
New Jersey
United States
08221

Modify

**Delivery method**

(•) UPS Ground ($5.95)

**Billing Address**

199 New Road #51-109
Linwood
New Jersey
United States
08221

Modify

**Payment method**

(•) PayPal Save time. Pay securely using your stored payment information. Pay with credit card, bank account, or your PayPal account balance

( ) Credit Card Visa, Master Card, Discover

Continue

Powered by X-Cart: online shopping cart

Copyright © 2003-2007 My Classy Fashion

CALL US: 516-884-2075 International: 516-971-9391 » Home » Shopping Cart » Contact Us

MY Classy Fashion

Your cart | Personal details | Shipping & Payment | Place order

**Place order**

**Payment details**

| Qty | SKU | Product | Price | Total |
|---|---|---|---|---|
| 1 | CH 1 | Chanel Hanging Earrings | $24.00 | $24.00 |

Delivery method: UPS Ground

| | |
|---|---|
| Subtotal: | $24.00 |
| Shipping cost: | $5.95 |
| TOTAL: | $29.95 |

**Personal information**

Modify

**Contact Information**

First Name: Jen
Last Name: Ayers
Company:
Tax number:
Phone: (609) 788-2666
Fax:
E-Mail: WholesaleJen@aol.com
Web site:

**Billing Address**

Address: 199 New Road #61-109
City: Linwood
State: New Jersey
Country: United States
Zip/Postal code: 08221

**Shipping Address**

Address: 199 New Road #61-109
City: Linwood
State: New Jersey
Country: United States
Zip/Postal code: 08221

**Payment method: Credit Card**

Change payment method

**Payment details**

Credit card type * Visa
Cardholder's name * Jen Ayers
Credit card number (no spaces or dashes) * 4460510001404766
Expiration date (month/year) * 11 2008
CVV2 * 522 ?

**Notes**

Customer notes: PLEASE SEND TRACKING NUMBER WHEN PACKAGE IS SENT.

Clicking "SUBMIT" you agree with our "Terms & Conditions" and "Privacy statement"

Submit order

Powered by X-Cart: online shopping cart

Copyright © 2003-2007 My Classy Fashion

CALL US: 516 884-2075 International: 516 921 9391

Home | Shopping Cart | Contact Us

MY Classy Fashion

Search: 
Advanced search

Wholesalejen@aol.com is logged in | Log out

My Classy Fashion :: Your shopping cart :: Order processed

**Categories**

- Prada Handbags and Accessories
- Chloe Handbags
- Coach Handbags and Accessories
- Dooney & Burke Handbags
- Hermes Handbags
- Louis Vuitton Style Handbags and Accessories
- Fendi Handbags and Accessories
- Gucci Handbags and Accessories
- Versace Handbags
- Designer Sunglasses
- Jewelry
- Skin Care and Beauty Products

If Javascript is disabled in your browser click here

**Your cart**

Cart is empty

- View cart
- Checkout
- Wish list
- Modify profile
- Delete profile
- Orders history

**Special**

- Gift certificates

**Help**

- Privacy statement
- Terms & Conditions

## Confirmation

Congratulations! Your order has been successfully placed.

Thank you for using our store. An order notification has been sent to your e-mail address.
Your order will be processed according to the delivery details.

## Invoice

MY Classy Fashion

# INVOICE

**Date:** 14-05-2007 18:45:10
**Order id:** #86
**Order status:** Processed
**Payment method:** Credit Card
**Delivery method:** UPS Ground

**My Classy Fashion**
342 Cold Spring Rd.
Syosset
11791, New York
United States
CALL US: 516-884-2075
International: 516-921-9391
Fax: 516-921-9391
E-Mail: designerbags15@aol.com

**Company:**
**Tax number:**
**First Name:** Jen
**Last Name:** Ayers
**Phone:** (609) 786-3666
**Fax:**
**E-Mail:** Wholesalejen@aol.com
**URL:**

**Billing Address**

**Address:** 199 New Road #61-109
**City:** Linwood
**State:** New Jersey
**Country:** United States
**Zip/Postal code:** 08221

**Shipping Address**

**Address:** 199 New Road #61-109
**City:** Linwood
**State:** New Jersey
**Country:** United States
**Zip/Postal code:** 08221

**Products ordered**

| SKU | Product | Item price | Quantity | Total |
|---|---|---|---|---|
| CH 1 | Chanel Hanging Earrings | $24.00 | 1 | $24.00 |

**Subtotal:** $24.00
**Shipping cost:** $5.95
**Total: $29.95**

**Customer notes**

PLEASE SEND TRACKING NUMBER WHEN PACKAGE IS SENT.

Thank you for your purchase!

Print invoice | Continue shopping

Powered by X-Cart: online shopping cart

Copyright © 2003-2007 My Classy Fashion

# EXHIBIT "4"

LINDA ALLEN
516 9210836
EUROPEAN BEAUTY FASHIONS
342 COLD SPRING RD
SYOSSET NY 11791

1 LBS   1 OF 1

NJ 082 9-02

**UPS GROUND**
TRACKING #: 1Z R87 4R9 03 9658 5920

BILLING: P/P

UIS 9.0.20.0   WXPIE70 64.0A 02/2007

https://www.ups.com/uis/create?ActionOriginPair=print___PrinterPage&POPUP_LEVEL...   5/21/2007

# EXHIBIT "5"

**From:** <█████@aol.com>
**To:** <Designerbags15@aol.com>
**Sent:** Wednesday, June 06, 2007 10:53 AM
**Attach:** ATT00046.htm
**Subject:** Re: myclassyfashion.com order question?



Visa #████████77

Exp. ███
CCV#: ██

Total to be paid: $89.96

Please let me know when you send the Chanel handbag and email me the tracking number.

Thanks!

---

In a message dated 6/5/2007 9:55:10 P.M. Central Daylight Time, Designerbags15 writes:

Its OK to e-mail the information it is a secure site.
I need the name, address and payment information. The total with shipping is 89.96.
Thanks and if you need to reach me my cell is 516-449-9000, fax 516-921-9391
Thanks
Linda



See what's free at _AOL.com_ (http://www.aol.com/?ncid=AOLAOF00020000000503)


******************************** See what's free at http://www.aol.com.

6/6/2007

**From:** Designerbags15@aol.com
**Sent:** Friday, June 01, 2007 5:16 PM
**To:** ████████@aol.com
**Subject:** Re: myclassyfashion.com order question?

Hi, I don't have any pic left however its clear with white CC and white piping and shoulder straps. It is very popular. and can always be returned.
Thanks
MCF

---

See what's free at AOL.com.

8/7/2007