```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

CHANEL, INC.,

                              Plaintiff,        O R D E R

         - against -                            07 Civ. 4858 (NRB)
                                                      (05909 struck)

LINDA ALLEN a/k/a LINDA ROONEY a/k/a
COURTNEY ALLEN, d/b/a EUROPEAN BEAUTY
FASHIONS d/b/a EUROPEANBEAUTYFASHIONS.COM
d/b/a MY CLASSY FASHION d/b/a
MYCLASSYFASHION.com d/b/a ULTIMATE
DESIGNERHANDBAGS.com d/b/a ULTIMATE
DESIGNER HANDBAGS,

                              Defendants.

----------------------------------------X
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/30/08]

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** the plaintiff's motion for partial summary judgment is pending before the court and the defendants' submissions in opposition to that motion were due on April 29, 2008; and

**WHEREAS** the Court received a letter from defendant Linda Allen dated April 28, 2008 discharging Carl Person as counsel for the defendants in the above-captioned action and Carl Person subsequently filed a motion to withdraw from the action; and

**WHEREAS** counsel's motion is granted; and

**WHEREAS** corporate parties may not proceed pro se and must be represented by an attorney, and failure to appear by counsel can result in the entry of a default judgment or dismissal of claims presented, see Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983); it is hereby

**ORDERED** that any corporate entities named as defendants in the complaint have twenty (20) days to retain new counsel and that failure to do so will result in the entry of a default judgment; it is further

**ORDERED** that all defendants shall file their submissions in opposition to the plaintiff's motion within twenty-five (25) days.

DATED:   New York, New York
April 29, 2008

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE