John Macaluso (JM 2058)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: JMacaluso@Gibney.com

OF COUNSEL:
Stephen M. Gaffigan
STEPHEN GAFFIGAN, P.A.
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954)767-4821
E-mail: stephen@smgpa.net

Attorneys for Plaintiff
CHANEL, INC

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

### THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> LINDA ALLEN a/k/a LINDA ROONEY a/k/a COURTNEY ALLEN d/b/a EUROPEANBEAUTYFASHIONS.COM d/b/a EUROPEAN BEAUTY FASHIONS d/b/a MYCLASSYFASHION.COM d/b/a MY CLASSY FASHION d/b/a ULTIMATEDESIGNERSHANDBAGS.COM d/b/a ULTIMATE DESIGNER HANDBAGS and DOES 1-10, <br><br> Defendants. | CASE NO. 07-cv-4858 (NRB) <br><br> **STIPULATED CONSENT FINAL JUDGMENT** |

WHEREAS, this action having been commenced by the Plaintiff, Chanel, Inc. ("Chanel")

against Linda Allen a/k/a Linda Rooney a/k/a Courtney Allen d/b/a European Beauty Fashions

d/b/a EuropeanBeautyFashions.com d/b/a My Classy Fashion d/b/a MyClassyFashion.com d/b/a

UltimateDesignerHandbags.com d/b/a Ultimate Designer Handbags ("Allen"), alleging *inter*

*alia*, trademark counterfeiting, trademark infringement, dilution, and unfair competition, and the

Plaintiff and the Defendant having resolved the Plaintiff's claims to each of their satisfaction;

IT IS STIPULATED, ORDERED, ADJUDGED AND DECREED:

1.    This Court has jurisdiction of the subject matter of all counts of this action and
over the named parties hereto.

2.    Chanel is the owner of the following trademarks (the "Chanel Marks") in
connection with handbags, wallets, watches, necklaces, costume jewelry including earrings, and
sunglasses and other goods:

| Mark | Reg. No. | Date of Registration |
| --- | --- | --- |
| CHANEL | 0,626,035 | May 1, 1956 |
| CC MONOGRAM | 1,314,511 | January 15, 1985 |
| CHANEL | 1,347,677 | July 9, 1985 |
| CHANEL | 1,733,051 | November 17, 1992 |
| CC MONOGRAM | 1,734,822 | November 24, 1992 |
| CC MONOGRAM | 3,025,934 | December 13, 2005 |
| CC MONOGRAM | 3,022,708 | December 6, 2005 |
| CHANEL | 1,510,757 | November 1, 1988 |
| CC MONOGRAM | 1,654,252 | August 20, 1991 |
| CC MONOGRAM | 3,025,936 | December 13, 2005 |
| CHANEL | 0,612,169 | September 13, 1955 |
| CHANEL | 0,902,190 | November 10, 1970 |

| | | |
|---|---|---|
| CHANEL | 0,955,074 | March 13, 1973 |
| CHANEL | 1,571,787 | December 19, 1989 |
| CC MONOGRAM | 1,501,898 | August 30, 1988 |

which are registered in International Classes 6, 9, 14, 18, and 28 and are used in connection with the manufacture and distribution of, among other things, handbags, wallets, watches, necklaces, costume jewelry including earrings, and sunglasses.

3.     Judgment is entered in favor of the Plaintiff and against the Defendant on all Counts of the Complaint.

4.     Any party shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and other relief deemed proper in the event of a violation or failure to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorney's fees and costs.

5.     This cause between the Plaintiff and the Defendant is hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties.

6.     The parties' respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties on their Settlement Agreement.

7.     This Court will retain continuing jurisdiction over this cause to enforce the terms of this Stipulated Consent Final Judgment and the Settlement Agreement between the parties.

FROM :                              FAX NO. :5169219391              Jul. 07 2008 02:33PM  P1

This Consent Final Judgment shall be deemed to have been served upon the Defendant at the time of its execution by the Court.

**APPROVED AS TO FORM AND CONSENTED TO BY THE PARTIES:**

The undersigned hereby consent to the entry of this Consent Final Judgment in form annexed hereto or in such other form as the Court may approve.

Plaintiff:  Chanel, Inc.

GIBNEY, ANTHONY & FLAHERTY, LLP

Dated: _____, 2008

By:_____
        John Macaluso
        Gibney, Anthony & Flaherty, LLP
        665 Fifth Avenue
        New York, New York 10022
        (212) 688-5151
        (212) 688-8315 – fax
        Counsel for Plaintiff, Chanel, Inc.

Defendant:  Linda Allen a/k/a Linda
            Rooney a/k/a Courtney
            Allen d/b/a European
            Beauty Fashions d/b/a
            EuropeanBeautyFashions.com
            d/b/a My Classy Fashion d/b/a
            MyClassyFashion.com d/b/a
            Ultimatedesignerhandbags.com
            d/b/a Ultimate Designer Handbags

_____
        Linda Allen

IT IS SO ORDERED.

Dated:_____, 2008

_____
        UNITED STATES DISTRICT JUDGE

Stipulated Consent Final Judgment

This Consent Final Judgment shall be deemed to have been served upon the Defendant at the time of its execution by the Court.

**APPROVED AS TO FORM AND CONSENTED TO BY THE PARTIES:**

The undersigned hereby consent to the entry of this Consent Final Judgment in form annexed hereto or in such other form as the Court may approve.

Plaintiff: Chanel, Inc.

Dated: JULY 7, ___, 2008

GIBNEY, ANTHONY & FLAHERTY, LLP

By: _____

John Macaluso
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
(212) 688-5151
(212) 688-8315 – fax
Counsel for Plaintiff, Chanel, Inc.

Defendant:    Linda Allen a/k/a Linda
              Rooney a/k/a Courtney
              Allen d/b/a European
              Beauty Fashions d/b/a
              EuropeanBeautyFashions.com
              d/b/a My Classy Fashion d/b/a
              MyClassyFashion.com d/b/a
              Ultimatedesignerhandbags.com
              d/b/a Ultimate Designer Handbags

_____
Linda Allen

**IT IS SO ORDERED.**

Dated: July 10 ___, 2008

_____
UNITED STATES DISTRICT JUDGE